ORIGINAL

FILED
JAN 2 2 2004
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**PPL SUSQUEHANNA, LLC,**

Plaintiff,

v.

**UNITED STATES OF AMERICA,**

Defendant.

No: 04-0070C

Judge: ___________

## NOTICE OF RELATED CASES

Counsel for Plaintiff, PPL Susquehanna, LLC states that this action may be related to the following actions that were filed and are currently pending in this Court:

(1) *The Cleveland Electric Illuminating Company, Pennsylvania Power Company, and The Toledo Edison Company v. United States*, No. 04-________ (Judge ___________) (filed January 22, 2004);

(2) *Constellation Generation Group, LLC, Calvert Cliffs Nuclear Power Plant, Inc., and Nine Mile Point Nuclear Station, LLC v. United States*, No. 04-________ (Judge ___________) (filed January 22, 2004);

(3) *Interstate Power and Light Company v. United States*, No. 04-________ (Judge ___________) (filed January 22, 2004);

(4) *Carolina Power & Light Company, Florida Power Corporation v. United States*, No. 04-0037C (Judge Hewitt);

(5) *Energy Northwest v. United States*, No. 04-0010C (Chief Judge Damich);

(6) *Arizona Public Service Company*, No. 03-2832C (Judge Hodges);

(7) *Entergy Nuclear Vermont Yankee, LLC and Entergy Nuclear Operations, Inc. v. United States*, No. 03-2663C (Judge Hodges);

(8) *Entergy Nuclear Fitzpatrick, LLC, Entergy Nuclear Indian Point 3, LLC, and Entergy Nuclear Operations, Inc. v. United States*, No. 03-2627C (Chief Judge Damich);

(9) *Entergy Nuclear Generation Company v. United States*, No. 03-2626C (Judge Lettow);

(10) *Entergy Gulf States, Inc. v. United States*, No. 03-2625C (Judge Williams);

(11) *System Fuels Inc., on its own behalf and as agent for System Energy Resources, Inc. and South Mississippi Electric Power Association v. United States*, No. 03-2624C (Judge Braden);

(12) *System Fuels Inc., on its own behalf and as agent for Entergy Arkansas, Inc. v. United States*, No. 03-2623C (Judge Lettow);

(13) *Entergy Nuclear Indian Point 2, LLC v. United States*, No. 03-2622C (Judge Lettow);

(14) *System Fuels Inc., on its own behalf and as agent for Entergy Louisiana, Inc. v. United States*, No. 03-2621C (Judge Williams);

(15) *General Atomics v. United States,* No. 03-2505C (Judge Wolski);

(16) *Consumers Energy Co. v. United States*, No. 02-1894C (Chief Judge Damich);

(17) *Detroit Edison Co. v. United States*, No. 02-926C (Judge Williams);

(18) *Vermont Yankee Nuclear Power Corp. v. United States*, No. 02-898C (Judge Hodges);

(19) *PSEG Nuclear LLC v. United States*, No. 01-551C (Judge Sypolt);

(20) *Tennessee Valley Authority v. United States*, No. 01-249C (Judge Lettow);

(21) *Nebraska Public Power District v. United States*, No. 01-116C (Judge Sypolt);

(22) *Omaha Public Power District v. United States*, No. 01-115C (Judge Bush);

(23) *Power Authority of New York v. United States*, No. 00-703C (Judge Damich);

(24) *Wisconsin Electric Power Co. v. United States*, No. 00-697C (Senior Judge Merow);

(25) *GPU Nuclear, Inc. v. United States*, No. 00-440C (Judge Bush);

(26) *Boston Edison Co. v. United States*, No. 99-447C (Judge Lettow);

(27) *Commonwealth Edison Co. v. United States*, No. 98-621C (Judge Hewitt);

(28) *Southern Nuclear Operating Co. et al. v. United States*, No. 98-614C (Senior Judge Merow);

(29) *Sacramento Municipal Utility District v. United States*, No. 98-488C (Judge Braden);

(30) *Indiana Michigan Power Co. v. United States*, No. 98-486C (Judge Hodges);

(31) *Duke Power v. United States*, No. 98-485C (Judge Sypolt);

(32) *Northern States Power Co. v. United States*, No. 98-484C (Judge Wiese);

(33) *Florida Power & Light Co. v. United States*, No. 98-483C (Judge Sypolt);

(34) *Maine Yankee Atomic Power Co. v. United States*, No. 98-474C (Senior Judge Merow);

(35) *Connecticut Yankee Atomic Power Co. v. United States*, No. 98-154C (Senior Judge Merow); and

(36) *Yankee Atomic Electric Co. v. United States*, No. 98-126C (Senior Judge Merow).

RCFC 40.2(a)(1)(B) states that actions involving the "same contract, property or patent" are deemed related. This action, as well as the actions listed above, are all based upon the Standard Contract, the material terms of which are published at 10 C.F.R. § 961.11. However, each of the plaintiffs in these actions executed separate Standard Contracts with Defendant, acting by and through the Department of Energy. Although each Standard Contract, as the name suggests, contains identical material terms and conditions, the parties to each contract are different and each action presents unique issues. Accordingly, Plaintiff's position is that consolidation of the above referenced actions is not likely to conserve judicial resources or promote an efficient determination of the actions. Issues regarding consolidation are currently the subject of motions pending before the court.

Given the facts summarized above, there may be some question about whether the actions listed above are "directly-related cases" or "indirectly-related cases" within the meaning of RCFC 40.2. Nonetheless, this notice is filed in order to permit the Court to make an informed judgment as to the proper assignment of this action.

January 22, 2004

Brad Fagg (Counsel of Record)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 739-5191 Telephone
(202) 739-3001 Facsimile

Of Counsel:

Paul M. Bessette
MORGAN, LEWIS & BOCKIUS LLP

Attorneys for Plaintiff
PPL Susquehanna, LLC

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 22nd day of January, 2004, the foregoing Notice of Related Cases was served by U.S. Mail (First Class, postage pre-paid) to:

Harold D. Lester, Jr.
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, DC 20530

Alex D. Tomaszczuk
Shaw Pittman
1650 Tysons Boulevard
McLean, VA 22102-4859

Jerry Stouck
Spriggs & Hollingsworth
1350 I Street, N.W.
Ninth Floor
Washington, D.C. 20005-3305

Melvin C. Garbow
Arnold & Porter
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206

M. Stanford Blanton
Balch & Bingham LLP
1710 Sixth Avenue North
Birmingham, AL 35203

Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue
40th Floor
Seattle, WA 98101-3099

David A. Handzo
Jenner & Block
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, D.C. 20005

Peter K. Shea
Office of the General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, TN 37902-1401

Thomas O. Mason
Williams, Mullen, Clark & Dobbins
8270 Greensboro Drive, Suite 700
McLean, VA 22102