IN THE UNITED STATES COURT OF FEDERAL CLAIMS

PPL SUSQUEHANNA, LLC, )
)
)
Plaintiff, )
)
v. ) No. 04-0070C
) (Judge Baskir)
THE UNITED STATES, )
)
Defendant. )

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Victoria L. Strohmeyer as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

VICTORIA L. STROHMEYER
TRIAL ATTORNEY
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attention Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Dated: March 30, 2004

/s/Victoria L. Strohmeyer
Victoria L. Strohmeyer
Trial Attorney
Commercial Litigation Branch
Civil Division
Tele: (202) 305-7573
Fax: (202) 307-2503
Email: Victoria.Strohmeyer@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March 2004, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Victoria L. Strohmeyer