# In the United States Court of Federal Claims

Case No. 04-0070C
(Filed: April 2, 2004)

*****************************************************
PPL SUSQUEHANNA, LLC, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*****************************************************

## ORDER

Defendant's **Motion to Stay** or, in the alternative, for Coordinated Discovery, filed March 22, 2004, is being **deferred at this time**.

Defendant shall file its **Answer,** due March 22, 2004, **forthwith**. Parties shall file a **Joint Preliminary Status Report** (JPSR) no later than **May 7, 2004**. **In the JPSR, parties are to advise the Court of the status of other spent nuclear fuel cases** (whether stayed, in discovery, summary judgment motion filed, etc.) **and provide 3 dates for a telephonic preliminary status conference.** No formal discovery will take place before the preliminary status conference. However, the parties shall comply with RCFC 26, regarding required initial disclosures. This Court encourages informal discovery and exchange of information at a very early stage and emphasizes cooperation between parties. (Parties are referred to this Court's **Special Procedures Order filed March 30, 2004.)**

Parties are ORDERED to discuss motions, discovery, proposed schedules and other issues in preparation for the preliminary status conference.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge