# In the United States Court of Federal Claims

**No. 04-70 C**

**PPL SUSQUEHANNA, LLC**

**v.**

**THE UNITED STATES**

**NOTICE OF RE-ASSIGNMENT TO:**

**ADR Judge Christine Odell Cook Miller**

Pursuant to Rule 40.1(c), this case has been reassigned to the above Judge for the conduct of proceedings in accordance with the Alternative Disputes Resolution Pilot Program procedure adopted by this court.

Brian Bishop

Brian Bishop, Clerk