# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **PPL SUSQUEHANNA, LLC** | |
| Plaintiff, | Case No. 04-0070C |
| v. | |
| | Judge Baskir |
| **UNITED STATES OF AMERICA,** | |
| Defendant. | |

## JOINT MOTION TO REMOVE CASE FROM ADR PILOT PROGRAM

For the reasons stated below, plaintiff PPL Susquehanna, LLC and defendant the United States respectfully and jointly move to remove this action from the Court's Alternate Dispute Resolution ("ADR") Pilot Program.

This case is one of the 65 cases currently pending before this Court in which a plaintiff is seeking damages in connection with the Department of Energy's alleged breach of its obligations under the Nuclear Waste Policy Act and/or the "Standard Contract for Disposal of Spent Nuclear Fuel And/Or High-Level Radioactive Waste," the material terms of which are recited at 10 C.F.R. § 961.11. Historically and to date, these "spent fuel" cases have not been part of the Court's ADR Pilot Program and, recently, at least one of these spent fuel cases (*Southern California Edison*

*Company v. United States*, No. 04-109 (Baskir, J.)) was removed from the ADR Pilot Program by the Court *sua sponte*. It is the view of the parties that as this case raises certain unresolved issues that are similar to those raised in many of the other spent fuel cases, several of which are in active litigation, there would be little benefit at this time in undertaking the Court's ADR Pilot Program. Should these circumstances or the views of the parties change, the parties represent that they will so inform the Court.

For these reasons, the parties jointly request that this action be removed from the Court's ADR Pilot Program, and that this case proceed as provided for by the prior orders and rules of the Court.

Respectfully submitted,

May 7, 2004

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester
HAROLD D. LESTER, JR.
Assistant Director

s/ Brad Fagg
Brad Fagg
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 739-5191 – telephone
(202) 739-3001 – facsimile

s/ Victoria L. Strohmeyer
Victoria L. Strohmeyer
Trial Attorney
Commercial Litigation Branch,
Civil Division
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
(202) 305-7562 – telephone
(202) 307-2503 – facsimile

of Counsel:
Paul M. Bessette
MORGAN, LEWIS & BOCKIUS, LLP

Attorneys for Plaintiff
PPL Susquehanna, LLC

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 7th day of May, 2004, the foregoing was filed with the Court electronically, and service is thereby deemed to have been made upon all counsel of record.

s/Paul Bessette