# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**PPL SUSQUEHANNA, LLC,**

Plaintiff,

v.

**UNITED STATES OF AMERICA,**

Defendant.

Case No.04-0070C

Judge Baskir

## EXHIBIT A TO JOINT PRELIMINARY STATUS REPORT

## SPENT FUEL CASES IN COURT OF FEDERAL CLAIMS

| Plaintiff | Case Number / Judge | Status |
|---|---|---|
| Yankee Atomic Electric Co. | 98-126C Merow | Active Litigation, Trial Scheduled July 12 – August 27, 2004 |
| | | |
| Connecticut Yankee Atomic Power Co. | 98-154C Merow | Active Litigation, Trial Scheduled July 12 – August 27, 2004 |
| | | |
| Maine Yankee | 98-474C Merow | Active Litigation, Trial Scheduled July 12 – August 27, 2004 |
| | | |
| Florida Power & Light Co. | 98-483C Sypolt | Dispositive Motions Pending, Trial Not Scheduled |
| | | |
| Northern States Power Co. | 98-484C Wiese | Dispositive Motions Pending, Trial Not Scheduled |

| | | |
|---|---|---|
| Duke Power, Div. Of Duke Energy Corp. | 98-485C Sypolt | Dispositive Motions Pending, Trial Not Scheduled |
| | | |
| Indiana Michigan Power Co. | 98-486C Hodges | Active Litigation, Trial Complete |
| | | |
| Sacramento Municipal Utility District | 98-488C Braden | Dispositive Motions Pending, Trial Scheduled January 24 – February 5, 2005 |
| | | |
| Southern Nuclear Operating Co. | 98-614C Merow | Active Litigation, Trial Not Scheduled |
| | | |
| Commonwealth Edison Co. | 98-621C Hewitt | Active Litigation, Trial Scheduled November 30 – December 10, 2004, Arises from same contract as Exelon, 04-103C |
| | | |
| Boston Edison Co. | 99-447C Lettow | Dispositive Motions Pending, Trial Not Scheduled, Arises from same contract as Entergy Nuclear Generation, 03-2626C |
| | | |
| Wisconsin Elec. Power Co. | 00-697C Merow | Dispositive Motions Pending, Trial Not Scheduled |
| | | |
| Power Authority of the State of NY | 00-703C Damich | Dispositive Motions Pending, Trial Not Scheduled, Arises from same contract as Entergy Nuclear Fitzpatrick, 03-2627C |
| | | |
| Omaha Public Power District | 01-115C Bush | Dispositive Motions Pending, Trial Not Scheduled |
| | | |
| Nebraska Public Power District | 01-116C Sypolt | Dispositive Motions Pending, Trial Not Scheduled |
| | | |

| | | |
|---|---|---|
| Tennessee Valley Authority | 01-249C Lettow | Dispositive Motions Pending, Trial Not Scheduled |
| | | |
| PSEG Nuclear, LLC, Public Service Electric & Gas Co. | 01-551C Sypolt | Dispositive Motions Pending, Trial Not Scheduled |
| | | |
| Vermont Yankee Nuclear Power Co. | 02-898C Hodges | Dispositive Motions Pending, Trial Not Scheduled, Arises from same contract as Entergy Nuclear Vermont Yankee, 03-2663C |
| | | |
| Detroit Edison Co. | 02-926C Williams | Dispositive Motions Pending, Trial Not Scheduled |
| | | |
| Consumers Energy Co. | 02-1894C Damich | Dispositive Motions Pending, Trial Not Scheduled |
| | | |
| General Atomics | 03-2505C Wolski | New Spent Fuel Case<br>Stay Granted until September 2, 2004 |
| | | |
| System Fuels, Inc. – Entergy Louisiana, Inc. | 03-2621C Williams | New Spent Fuel Case<br>Defendant Motion to Stay (Unopposed) Filed |
| | | |
| Entergy Nuclear Indian Point 2, LLC | 03-2622C Lettow | New Spent Fuel Case<br>Defendant Motion to Stay (Unopposed) Denied<br>Active Litigation, Arises from same contract as Consolidated Edison, 04-33C |
| | | |
| System Fuels, Inc. – Entergy Arkansas, Inc. | 03-2623C Lettow | New Spent Fuel Case<br>Defendant Motion to Stay (Unopposed) Denied<br>Active Litigation |
| | | |

| | | |
|---|---|---|
| System Fuels, Inc. – System Energy Resources, Inc. and South Mississippi Electric Power Association | 03-2624C Braden | New Spent Fuel Case Defendant Motion to Stay (Unopposed) Denied Active Litigation |
| | | |
| Entergy Gulf States, Inc. | 03-2625C Williams | New Spent Fuel Case Defendant Motion to Stay (Unopposed) Filed |
| | | |
| Entergy Nuclear Generation Co. | 03-2626C Lettow | New Spent Fuel Case Defendant Motion to Stay (Unopposed) Denied Active Litigation, Arises from same contract as Boston Edison, 99-447C |
| | | |
| Entergy Nuclear Fitzpatrick, LLC, Entergy Nuclear Indian Point 3, LLC and Entergy Nuclear Operations, Inc. | 03-2627C Damich | New Spent Fuel Case Defendant Motion to Stay (Unopposed) Filed, Arises from same contract as Power Authority of New York, 00-703C |
| | | |
| Entergy Nuclear Vermont Yankee, LLC & Entergy Nuclear Operations, Inc. | 03-2663C Hodges | New Spent Fuel Case Arises from same contract as Vermont Yankee Nuclear, 02-898C |
| | | |
| Arizona Public Service Co. | 03-2832C Hodges | New Spent Fuel Case Plaintiff Motion to Stay (Unopposed) Filed |
| | | |
| Portland General Electric Company, The City of Eugene, Oregon, and Pacificorp | 04-9C Bruggink | New Spent Fuel Case Defendant Motion to Stay and Plaintiff Response Filed |
| | | |

| | | |
|---|---|---|
| Energy Northwest | 04-10C<br>Damich | New Spent Fuel Case<br>Defendant Motion to Stay and Plaintiff Response Filed |
| | | |
| Consolidated Edison Co. of NY, Inc.<br>(former owner) | 04-33C<br>Bruggink | New Spent Fuel Case<br>Active Litigation, Response to Complaint due May 14, 2004, Arises from same contract as Entergy Nuclear Indian Point 2, 03-2622C |
| | | |
| Delmarva Power & Light Co.<br>(former owner) | 04-34C<br>Miller | New Spent Fuel Case<br>Active Litigation, Response to Complaint due May 12, 2004, Arises from same contract as Exelon, 04-102C |
| | | |
| Canal Electric Co.<br>(former owner) | 04-35C<br>Hodges | New Spent Fuel Case<br>Active Litigation, Response to Complaint due May 12, 2004, Arises from same contract as FPL Seabrook, 04-88C |
| | | |
| Atlantic City Electric Co.<br>(former owner) | 04-36C<br>Futey | New Spent Fuel Case<br>Active Litigation, Response to Complaint due May 12, 2004, Arises from same contract as Exelon, 04-102C |
| | | |
| Carolina Power & Light Co., Florida Power Corp. | 04-37C<br>Hewitt | New Spent Fuel Case<br>Plaintiff Motion to Stay (Unopposed) Filed |
| | | |
| Interstate Power & Light Co. | 04-67C<br>Miller | New Spent Fuel Case<br>Defendant Motion to Stay and Plaintiff Response Filed |
| | | |

| | | |
|---|---|---|
| Constellation Generation Group, LLC, Calvert Cliffs Nuclear Power Plant, Inc., Nine Mile Nuclear Station, LLC | 04-68C Margolis | New Spent Fuel Case Defendant Motion to Stay and Plaintiff Response Filed, Arises from same contract as Niagara Mohawk, 04-124C and 04-125C |
| | | |
| Cleveland Elec. Illuminating Co, Pennsylvania Power Co., Toledo Edison Co.. | 04-69C Wolski | New Spent Fuel Case Defendant Motion to Stay and Plaintiff Response Filed |
| | | |
| PPL Susquehanna, LLC | 04-70C Baskir | New Spent Fuel Case Defendant Motion to Stay and Plaintiff Response Filed |
| | | |
| Wisconsin Public Svc. Corp. | 04-71C Block | New Spent Fuel Case Defendant Motion to Stay and Plaintiff Response Filed |
| | | |
| PG&E (Humboldt Bay), Pacific Gas & Electric Co. | 04-74C Hewitt | New Spent Fuel Case Defendant Motion to Stay and Plaintiff Response Filed |
| | | |
| PG&E (Diablo Canyon) Pacific Gas & Electric Co. | 04-75C Hewitt | New Spent Fuel Case Defendant Motion to Stay and Plaintiff Response Filed |
| | | |
| Dominion Resources, Inc. Dominion Nuclear Connecticut, Inc., The Connecticut Light & Power Co., Western Massachusetts Electric Co., Northeast Utilities Service Co. | 04-83C Bruggink | New Spent Fuel Case Defendant Motion to Stay and Plaintiff Response Filed, Arises from same contract as United Illuminating, 04-129C |
| | | |
| Dominion Resources, Inc. (Virginia Electric & Power Co.) | 04-84C Bruggink | New Spent Fuel Case Defendant Motion to Stay and Plaintiff Response Filed |
| | | |

| | | |
|---|---|---|
| FPL Energy Seabrook, LLC, Massachusetts Municipal Wholesale Electric Co., Taunton Municipal Lighting Plant, Hudson Light & Power Dept. | 04-88C Damich | New Spent Fuel Case Defendant Motion to Stay Filed, Arises from same contract as Canal Electric, 04-35C |
| | | |
| BWX Technologies, Inc. | 04-96C Lettow | New Spent Fuel Case Motion to Stay Denied Active Litigation |
| | | |
| Union Electric Co., d/b/a AmerenUE | 04-97C Hodges | New Spent Fuel Case Defendant Motion to Stay and Plaintiff Response Filed |
| | | |
| TXU Generation Co. LP | 04-98C Williams | New Spent Fuel Case Defendant Motion to Stay and Plaintiff Response Filed |
| | | |
| Kansas Gas & Electric Co., Kansas City Power & Light Co., Kansas Electric Power Cooperative, Inc. | 04-99C Miller | New Spent Fuel Case Defendant Motion to Stay and Plaintiff Response Filed |
| | | |
| Texas Genco LP, AEP Texas Central Co., City of Austin, Texas, City of San Antonio, Texas | 04-100C Wolski | New Spent Fuel Case Defendant Motion to Stay and Plaintiff Response Filed |
| | | |
| South Carolina Electric & Gas Co., South Carolina Public Service Authority | 04-101C Lettow | New Spent Fuel Case Defendant Motion to Stay and Plaintiff Response Filed |
| | | |
| Exelon Generation Company, LLC (Peach Bottom, Limerick) | 04-102C Hewitt | New Spent Fuel Case Answer due May 7, 2004, Arises from same contract as Atlantic City, 04-36C, and Delmarva Power, 04-34C |

| | | |
|---|---|---|
| Exelon Generation Company, LLC (Dresden, Zion, Byron, LaSalle, Quad-Cities, Braidwood), MidAmerican Energy Co. | 04-103C Hewitt | New Spent Fuel Case<br>Answer due April 26, 2004, Arises from same contract as Commonwealth Edison, 98-126C |
| | | |
| Exelon Generation Company, LLC, (Oyster Creek, TMI, Clinton), Amergen Energy Co., LLC | 04-104C Hewitt | New Spent Fuel Case<br>Answer due May 7, 2004, Arises from same contract as Illinois Power, 04-133C |
| | | |
| Dairyland Power Cooperative | 04-106C Damich | New Spent Fuel Case<br>Defendant Motion to Stay and Plaintiff Response Filed |
| | | |
| General Electric Co. | 04-107C Wolski | New Spent Fuel Case<br>Plaintiff Motion to Stay (Unopposed) Filed |
| | | |
| General Electric Co. | 04-108C Wolksi | New Spent Fuel Case<br>Plaintiff Motion to Stay (Unopposed) Filed |
| | | |
| Southern California Edison Co. | 04-109C Baskir | New Spent Fuel Case<br>Defendant Motion to Stay Filed<br>Ruling on Motion to Stay Deferred |
| | | |
| Rochester Gas and Electric Corp. | 04-118C Bush | New Spent Fuel Case<br>Answer due May 10, 2004 |
| | | |
| Niagara Mohawk Power Corp. (Nine Mile Point 1) (former owner) | 04-124C Sypolt | New Spent Fuel Case<br>Answer due May 10, 2004, Arises from same contract as Constellation, 04-68C |
| | | |

| | | |
|---|---|---|
| Niagara Mohawk Power Corp., New York State Electric & Gas Corp., Rochester Gas & Electric Corp., Central Hudson Gas & Electric Corp. (Nine Mile Point 2)<br>(former owners) | 04-125C<br>Allegra | New Spent Fuel Case<br>Answer due May 10, 2004, Arises from same contract as <u>Constellation</u>, 04-68C |
| | | |
| The United Illuminating Company (Millstone 3)<br>(former owner) | 04-129<br>Block | New Spent Fuel Case<br>Active Litigation, Arises from same contract as <u>FPL Seabrook</u>, 04-88C, and <u>Dominion</u>, 04-83C |
| | | |
| Illinois Power Co. (Clinton)<br>(former owner) | 04-133<br>Damich | New Spent Fuel Case<br>Defendant Motion to Stay and Plaintiff Response Filed, Arises from same contract as <u>Exelon</u>, 04-104C |