# In the United States Court of Federal Claims

Case No. 04-0070C
(Filed: June 14, 2004)

| | |
|---|---|
| PPL SUSQUEHANNA, LLC, *Plaintiff,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |

## ORDER

This Order confirms the **telephonic Preliminary Status Conference on the record scheduled for 10:00 a.m., on Friday, June 25, 2004. The defendant shall initiate the conference call with the plaintiff, before calling the Judge at (202) 219-9565**.

Parties are ORDERED to discuss motions, discovery, proposed schedules and other issues in preparation for the preliminary status conference.

**Parties' Joint Motion to Remove Case from this Court's ADR Pilot Program (filed May 7, 2004) is hereby GRANTED.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge