# In the United States Court of Federal Claims

Case No. 04-0070C
(Filed: June 25, 2004)

****************************************************
PPL SUSQUEHANNA, LLC, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
****************************************************

## ORDER

This case is one of a number of cases before this Court, based upon the Government's standard contract for disposal of Spent Nuclear Fuel (SNF). The Court held a preliminary status conference in this matter on June 25, 2004, in order to address Plaintiff's claims in the context of those cases.

Since this case is among the newly filed SNF cases, on March 22, 2004, Defendant requested a stay of discovery and briefing until March 2005, with the anticipation that one or more of the earlier filed cases may have shed light on the issues common to this matter. As an alternative to the stay, Defendant proposed the entry of an order coordinating all discovery in SNF cases.

Plaintiff agrees that the case should be stayed but does not desire to tie the stay to the outcome of any particular case. Instead, Plaintiff asks for the opportunity to reevaluate the need for a stay at periodic intervals. We agree with this approach. **We hereby GRANT the motion for a stay. The parties are to file a Joint Status Report on March 1, 2005, indicating their views on whether the stay should remain in effect.**

**Although formal discovery is stayed, we direct the parties to make any arrangements necessary to conduct discovery in the future, including arriving at an agreement on Plaintiff's access to discovery that has already taken place in the other SNF cases. The parties shall submit any necessary motions or undertakings and file a Joint Status Report, both by July 26, 2004, advising the Court that all necessary preparations in this regard have been completed.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge