IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PPL SUSQUEHANNA, LLC, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0070C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT
AND MOTION FOR ENLARGEMENT

Pursuant to this Court's order of July 29, 2004, the parties in the above-captioned case submit this joint status report and request for enlargement of time.

As stated in the joint status report and motion for enlargement filed on July 26, 2004, the Government continues to work with the utility plaintiffs to reach agreement concerning the protective order. The Government still strongly believes that it is necessary that the same protective order be in place for all of the spent nuclear fuel cases, rather than have multiple orders with potentially conflicting provisions. Therefore, the Government is in the process of addressing the concerns of each of the utility plaintiffs to

achieve a protective order that will apply to all of the spent nuclear fuel cases.

Furthermore, some of the utility plaintiffs have expressed concerns regarding the Government's plan to make documents available on a secure website. The Government is in the process of addressing those concerns, but has not yet been able to reach agreement, in part because the trial going on now in the three *Yankee*[1] cases involves both counsel for the Government and the counsel for the plaintiffs that raised the concerns. An enlargement of time of one additional week would allow the Government and the utility plaintiffs' counsel to resolve the few outstanding issues. At that time, the Government should be able to file a joint status report informing the Court that all necessary preparations for plaintiff's access to the existing discovery have been completed.

For the foregoing reasons, the Government respectfully requests that the Court enter an order allowing an additional week for the Government to reach agreement with the utility plaintiffs regarding the protective order and access to existing discovery.

---

[1] *Yankee Atomic Electric Co. v. United States, Connecticut Yankee Atomic Power Co. v. United States, Maine Yankee Atomic Power Co. v. United States*.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Brad Fagg
Brad Fagg
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 739-5191 – telephone
(202) 739-3001 – facsimile

of Counsel:
Paul M. Bessette
MORGAN, LEWIS & BOCKIUS, LLP

Attorneys for Plaintiff
PPL Susquehanna, LLC

/s/Victoria L. Strohmeyer
VICTORIA L. STROHMEYER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7573
Fax: (202) 307-2503

Attorneys for Defendant

August 30, 2004

CERTIFICATE OF FILING

I hereby certify that on this 30th day of August 2004, a copy of foregoing "JOINT STATUS REPORT AND MOTION FOR ENLARGEMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Victoria L. Strohmeyer