IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PPL SUSQUEHANNA, LLC | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-0070C |
| | ) | (Judge Baskir) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Sonia M. Orfield as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Sonia M. Orfield
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

Dated: February 25, 2005

s/ Sonia M. Orfield

Sonia M. Orfield
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 353-0534
Telecopy: (202) 307-2503

CERTIFICATE OF FILING

I hereby certify that on this 25th day of February 2005, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Sonia M. Orfield