# In the United States Court of Federal Claims

Case No. 04-0070C
(Filed: March 1, 2005)

*****************************************************
PPL SUSQUEHANNA, LLC, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*****************************************************

**ORDER**

The Court is in receipt of the parties' Joint Status Report filed February 28, 2005. **The parties' request for a continuation of the stay of all proceedings, including discovery, until September 6, 2005, is hereby GRANTED.**

**Parties shall file a Joint Status Report on August 10, 2005, identifying their positions regarding further activity in this case, in light of the status of activities in the other cases.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge