**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on March 30, 2006)

| | | |
|---|---|---|
| **PPL SUSQUEHANNA, LLC**, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-70C |
| | ) | (Judge Baskir) |
| **THE UNITED STATES,** | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO SUBSTITUTE COUNSEL**

Pursuant to RCFC 83.1(c)(4), Plaintiff PPL Susquehanna, LLC, respectfully moves for leave to substitute undersigned counsel – Alex D. Tomaszczuk – as counsel of record for Plaintiff in lieu of current counsel of record – Brad Fagg. Also, per RCFC 83.1(c)(4), an affidavit of appointment of Mr. Tomaszczuk (Exhibit 1) and the written consent of Mr. Fagg to substitute counsel (Exhibit 2) are attached to this motion.

Plaintiff respectfully requests that undersigned counsel – Alex D. Tomaszczuk of Pillsbury Winthrop Shaw Pittman LLP – be substituted by the Clerk as Plaintiff's Counsel of Record in this action. All filings (electronic or otherwise) should be sent to undersigned counsel at the following address:

Alex D. Tomaszczuk
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Blvd.
McLean, VA 22102-4859
(703) 770-7940 – telephone
(703) 770-7901 – facsimile
alex.tomaszczuk@pillsburylaw.com – e-mail

Dated: March 30, 2006

Respectfully submitted,

Of Counsel:

s/ Alex D. Tomaszczuk
by s/ Daniel S. Herzfeld

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
PPL Susquehanna, LLC

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)