EXHIBIT 1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **PPL SUSQUEHANNA, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES,**<br><br>Defendant. | ) | No. 04-70C<br>(Judge Baskir) |

**AFFIDAVIT OF APPOINTMENT OF ALEX D. TOMASZCZUK**

I, Alex D. Tomaszczuk, being first duly sworn on oath, states as follows:

1. I am a partner in the McLean, Virginia and Los Angeles, California offices of Pillsbury Winthrop Shaw Pittman LLP. My business address is as follows:

Alex D. Tomaszczuk
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Blvd.
McLean, VA 22102-4859
(703) 770-7940 – telephone
(703) 770-7901 – facsimile
alex.tomaszczuk@pillsburylaw.com – e-mail

2. I have been appointed by Plaintiff PPL Susquehanna, LLC, in this action as Counsel of Record and have authority to act in that regard.

3. I am a member of the bar of the U.S. Court of Federal Claims.

4. This affidavit is being submitted pursuant to RCFC 83.1(c)(4).

FURTHER AFFIANT SAYETH NOT.

Alex D. Tomaszczuk

SUBSCRIBED AND SWORN TO before me on this 27 day of March, 2006.

Notary Public
State of California
City of Los Angeles

Commission Expires: 3/22/08

APRIL INIGUEZ
Commission # 1472585
Notary Public - California
Los Angeles County
My Comm. Expires Mar 22, 2008