**Exhibit 2**

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **PPL SUSQUEHANNA, LLC,**<br>Plaintiff,<br>v.<br>**THE UNITED STATES,**<br>Defendant. | ) | No. 04-70C<br>(Judge Baskir) |

## CONSENT TO SUBSTITUTION OF COUNSEL

In accordance with RCFC 83.1(c)(4), I hereby consent to the change of Counsel of Record for Plaintiff in this action to Alex D. Tomaszczuk of Pillsbury Winthrop Shaw Pittman LLP.

Date: March 24, 2006

Respectfully submitted,

Brad Fagg
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 739-5191 – telephone
(202) 739-3001 – facsimile