**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on March 31, 2006)

| | | |
|---|---|---|
| **PPL SUSQUEHANNA, LLC**, Plaintiff, | ) | |
| v. | ) | No. 04-70C (Judge Baskir) |
| **THE UNITED STATES,** Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's August 11, 2005 Order, Plaintiff PPL Susquehanna, LLC and Defendant, the United States, respectfully and jointly submit this status report "identifying their positions regarding further activity in this case, in light of the status of activities in the other cases." The parties have conferred and agree that a stay of an additional three months, through June 30, 2006, is appropriate here for the reasons detailed below.

First, the undersigned counsel for Plaintiff only recently became involved as counsel in the instant action.[1] Thus, counsel for Plaintiff needs additional time to review the pleadings in this case and to confer with Plaintiff regarding the nature and extent of any further proceedings in the case.

---

[1] In this regard, Plaintiff filed a Motion For Leave To Substitute Counsel on March 30, 2006.

Second, an extension of the stay in this case is desirable because counsel for the parties have been and will be extensively engaged in discovery and other pre-trial matters in several other spent nuclear fuel ("SNF") cases pending before this Court. For example, damages trials involving the undersigned counsel are currently scheduled to commence on September 18, 2006 in System Fuels, Inc. v. United States, No. 03-2624C (Braden, J.) and on October 23, 2006 in Northern States Power Co. v. United States, No. 98-484C (Wiese, S.J.).

Finally, an extension of the stay in this case is appropriate due to the likely impending resolution of other SNF damages cases in this Court that have proceeded to a more advanced stage. For example, the parties believe that trial decisions may soon be issued in at least two other cases – Yankee Atomic Elec. Co. v. United States, No. 98-126C (Merow, S.J.) and Sacramento Mun. Util. Dist. v. United States, No. 98-488C (Braden, J.), which decisions may inform resolution of at least some of the substantive issues in this case. Furthermore, the time period for any appeal of this Court's recent decision awarding the plaintiff damages in Tennessee Valley Auth. v. United States, 69 Fed. Cl. 515 (2006), has also not yet expired, but if an appeal is taken to the Federal Circuit in that case the resultant decision could control various issues in this case, such as, *inter alia*, the types of damages that are

recoverable in a partial breach action. In addition, briefing has been completed and oral argument has been scheduled for May 1, 2006 in the appeal of PSEG Nuclear, L.L.C. to the Federal Circuit (No. 05-5162), which case involves the jurisdiction of this Court to hear breach-of-contract damages claims in the SNF cases. In summary, multiple cases are proceeding on various fronts that could either control or inform this Court's resolution of the likely issues in this case.

Thus, for the foregoing reasons, the parties respectfully request that the Court extend the stay in this case for an additional three months, through June 30, 2006.

Dated: March 31, 2006

Respectfully submitted,

s/ Alex D. Tomaszczuk
by s/ Daniel S. Herzfeld

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
PPL Susquehanna, LLC

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
by s/ Daniel S. Herzfeld
HAROLD D. LESTER, JR.
Assistant Director

s/ Sonia M. Orfield
by s/ Daniel S. Herzfeld
SONIA M. ORFIELD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 353-0534
Fax: (202) 307-2503
Attorneys for Defendant

OF COUNSEL:
JANE K. TAYLOR
MARTHA S. CROSLAND
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585