# In the United States Court of Federal Claims

Case No. 04-0070C
(Filed: April 5, 2006)

| | |
|---|---|
| PPL SUSQUEHANNA, LLC, | * |
| *Plaintiff,* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES OF AMERICA, | * |
| *Defendant.* | * |

## ORDER

Plaintiff's **Motion for Leave** (filed March 30, 2006) to Substitute Counsel, Alex D. Tomaszczuk, as counsel of record for Plaintiff in lieu of current counsel of record, Brad Fagg, is hereby **GRANTED**.

The parties filed a Joint Status Report on March 31, 2006, requesting a continuation of the stay of all proceedings until June 30, 2006. **The Court hereby continues the stay in this matter until further notice.**

**Parties shall file a Joint Status Report on June 5, 2006, and every 60 days thereafter, identifying their positions regarding further activity in this case, in light of the status of activities in the other cases.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge