IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PPL SUSQUEHANNA, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-70C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States and plaintiff, PPL Susquehanna, LLC ("PPL"), respectfully request an enlargement of time of 15 days, to and including June 20, 2006, to file their joint status report. The parties' status report is currently due on June 5, 2006. This is the parties' first request for enlargement of time for this purpose.

In support of this motion, the parties state as follows. The parties require the enlargement in order to have additional time to confer and collaborate in preparing a status report. The attorneys for PPL require additional time because they have just become involved as counsel for PPL in this particular case, having formally assumed that role on April 5, 2006. See Order dated April 5, 2006 granting motion for leave to substitute counsel. In addition, the undersigned counsel for PPL have been intensively involved in discovery matters and pre-trial preparation in Northern States Power Co. v. United States, Fed. Cl. No. 98-484C (Wiese, S.J.), System Fuels, Inc. v. United States, Fed. Cl. No. 03-2624, (Braden, J.), and System Fuels, Inc. v. United States, Fed. Cl.

No. 03-2623, (Lettow, J.). Those cases are scheduled for trial commencing, respectively, in September 2006, October 2006, and February 2007. In addition, the undersigned counsel have been required to file supplemental briefs and on June 1, 2006 participated in oral argument in another pending spent nuclear fuel case, Nebraska Public Power District v. United States, Fed. Cl. No. 01-116C (Allegra, J.). In light of these other obligations, counsel for PPL require additional time to confer with counsel for the Government on an appropriate schedule for further proceedings in this case. Government counsel with primary responsibility for this matter have not had a sufficient opportunity to confer regarding how the case should proceed and assist in preparing a status report because of their work on other spent nuclear fuel matters. Specifically, they have been busy preparing for the trial to commence on June 5, 2006 in Pacific Gas & Electric Co. v. United States, Fed. Cl. Nos. 04-0074 & -0075 (Hewit, J.), reviewing expert reports due to be submitted in System Fuels, Inc. v. United States, Fed. Cl. No. 03-02624 (Braden, J.) and Wisconsin Electric Power Co. v. United States, Fed. Cl. No. 00-697 (Merow, J.), preparing for an expert deposition in Wisconsin Electric Power Co. v. United States, Fed. Cl. No. 00-697 (Merow, J.), and drafting the appellate brief to be filed in Tennessee Valley Authority v. United States, No. 2006-5073 (Fed. Cir. docketed April 19, 2006), among other activities. The 15 day enlargement will allow the Government to determine how best to proceed and to articulate its position in a status report.

For the foregoing reasons, the parties respectfully request that the Court grant an enlargement of time for the parties to submit their status report up to and including June 20, 2006.

Respectfully submitted,

s/Alex D. Tomaszczuk
Alex D. Tomaszczuk
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
PPL Susquehanna, LLC

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
PILLSBURY WINTHROP
SHAW PITTMAN LLP
2300 N Street, N.W.
Washington D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Sonia M. Orfield
SONIA M. ORFIELD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington D.C. 20530
(202) 353-0534
(202) 307-2503

Attorneys for Defendant

Of Counsel:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

CERTIFICATE OF FILING

I hereby certify that, on this 5th day of June 2006, a copy of the foregoing "Joint Motion for an Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sonia M. Orfield