# In the United States Court of Federal Claims

Case No. 04-0070C
(Filed: June 6, 2006)

*****************************************************
PPL SUSQUEHANNA, LLC, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*****************************************************

## ORDER

Parties' first **Joint Motion for Enlargement of Time (15 days) until June 20, 2006, to file the Joint Status Report is hereby GRANTED.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge