# In the United States Court of Federal Claims

Case No. 04-70C
(Filed: June 26, 2006)

*************************************************************

| | |
|---|---|
| PPL SUSQUEHANNA, LLC, | * |
| *Plaintiff,* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES OF AMERICA, | * |
| *Defendant.* | * |

*************************************************************

## ORDER

The Court intends to schedule a telephonic status conference (on the record) during the last two weeks of July regarding the parties' Joint Status Report filed on June 20, 2006. Morning sessions begin at 10:00 a.m., and afternoon sessions begin at 2:00 p.m.

Accordingly, it is ORDERED that the parties **shall notify the Court**'s Judicial Assistant, Denise Lawson, at telephone (202) 357-6500, with **three proposed status conference dates during the last two weeks of July** (not including July 19 and July 27) **no later than July 6, 2006**.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge