# In the United States Court of Federal Claims

Case No. 04-0070C
(Filed: July 10, 2006)

****************************************************
PPL SUSQUEHANNA, LLC, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
****************************************************

## ORDER

This Order confirms the **telephonic Status Conference** regarding the parties' Joint Status Report filed on June 20, 2006, **is scheduled for 10:00 a.m., on Wednesday, July 26, 2006. The defendant shall initiate the conference call with the plaintiff, before calling the Judge at (202) 357-6504**.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge