# In the United States Court of Federal Claims

Case No. 04-0070C
(Filed: July 27, 2006)

****************************************************
PPL SUSQUEHANNA, LLC, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
****************************************************

## ORDER

This case is one of a number of cases before this Court, based upon the Government's standard contract for disposal of Spent Nuclear Fuel (SNF). The Court previously granted a stay of discovery and briefing on June 24, 2004, with the anticipation that one or more of the other cases would shed light on issues common to this case. On July 26, 2006, the Court held a preliminary status conference to address whether the stay should be lifted. **Plaintiff's motion to lift the stay is hereby GRANTED.**

The Court requested that the parties file a joint status report showing the progress of other SNF cases before this Court and how they might bear on the instant case. **Parties shall file the joint status report on other SNF cases on or before August 15, 2006.**

The Court adopted the following briefing schedule for Plaintiff's Motion for Summary Judgment in the case at the status conference:

- **Plaintiff shall file its brief no later than October 3, 2006.**

- **Defendant shall file its responsive brief no later than November 21, 2006.**

- **Plaintiff shall file its reply brief no later than December 15, 2006.**

- **The parties shall file a Consolidated Statement of Uncontroverted Facts (please refer to this Court's Special Procedures Order for guidance) no later than January 5, 2007.**

In addition to these briefs, the parties shall file supplemental briefs addressing the applicability to this case of the D.C. Circuit's writ of mandamus in *Northern States Power Co. v. Dept. of Energy*, 128 F.3d 754 (D.C. Cir. 1997). **Defendant shall file its supplemental brief on this matter on or before November 21, 2006. Plaintiff shall file a supplemental brief in response on or before December 15, 2006.**

The status conference was digitally recorded and the parties may contact the Clerk's Office at (202) 357-6400 for information on how to obtain a transcript of the proceedings.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge