IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PPL SUSQUEHANNA, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-70C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's July 27, 2006 order, defendant, the United States, on behalf of both parties, provides the Court with the attached chart, which shows the status of all the spent nuclear fuel cases pending at the United States Court of Federal Claims. Counsel for plaintiff, PPL Susquehanna, LLC, has reviewed this submission and agrees with its contents.

Respectfully submitted,

s/Alex D. Tomaszczuk
Alex D. Tomaszczuk
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
PILLSBURY WINTHROP
SHAW PITTMAN LLP
2300 N Street, N.W.
Washington D.C. 20037-1128

(202) 663-8000
(202) 663-8007 (fax)

Counsel of Record for Plaintiff
PPL Susquehanna, LLC

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Sonia M. Orfield
SONIA M. ORFIELD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington D.C. 20530
(202) 353-0534
(202) 307-2503

Attorneys for Defendant

Of Counsel:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

# ATTACHMENT

CERTIFICATE OF FILING

I hereby certify that on this 15th day of August 2006, a copy of foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Sonia M. Orfield