**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

PPL SUSQUEHANNA, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 04-70C
(Judge Baskir)

SPENT FUEL CASES IN COURT OF FEDERAL CLAIMS

| Plaintiff | Case Number / Judge | Status |
|---|---|---|
| Yankee Atomic Electric Co. | 98-126C Merow | Trial Conducted July-August 2004 Awaiting Decision |
| | | |
| Connecticut Yankee Atomic Power Co. | 98-154C Merow | Trial Conducted July-August 2004 Awaiting Decision |
| | | |
| Maine Yankee Atomic Power Co. | 98-474C Merow | Trial Conducted July-August 2004 Awaiting Decision |
| | | |
| Florida Power & Light Co. | 98-483C Baskir | Case Stayed Until Sept. 8, 2006; Joint Status Report Due Sept. 15, 2006 |
| | | |
| Northern States Power Co. | 98-484C Wiese | Active Litigation; Trial Scheduled To Begin Oct. 23, 2006 |
| | | |
| Duke Power, Div. Of Duke Energy Corp. | 98-485C Wiese | Case Stayed; Joint Status Report Due Sept. 1, 2006 |
| | | |
| Indiana Michigan Power Co. | 98-486C Hodges | Case Closed; Decision by U.S. Court of Appeals for the Federal Circuit, Sept. 9, 2005. |

| | | |
|---|---|---|
| Sacramento Municipal Utility District | 98-488C Braden | Trial Conducted March 2005; Interim decision issued March 31, 2006; Further evidentiary proceedings scheduled for August 2006 |
| | | |
| Southern Nuclear Operating Co. | 98-614C Merow | Trial Conducted October 2005; Awaiting Decision |
| | | |
| Commonwealth Edison Co. | 98-621C Hewitt | Case Dismissed, Aug. 9, 2004 |
| | | |
| Boston Edison Co. | 99-447C Lettow | Active Litigation; Trial Scheduled To Begin May 7, 2007; Case arises from same contract as Entergy Nuclear Generation, 03-2626C |
| | | |
| Wisconsin Elec. Power Co. | 00-697C Merow | Active Litigation; Trial Scheduled To Begin March 27, 2007 |
| | | |
| Power Authority of the State of NY | 00-703C Damich | Case Stayed; Joint Status Report Due Jan. 2, 2007; Case arises from same contract as Entergy Nuclear Fitzpatrick, 03-2627C |
| | | |
| Omaha Public Power District | 01-115C Braden | Case Dismissed, Aug. 14, 2006 |
| | | |
| Nebraska Public Power District | 01-116C Allegra | Dispositive Motions Pending; Trial Not Yet Scheduled |
| | | |
| Tennessee Valley Authority | 01-249C Lettow | Final Judgment Issued Jan. 31, 2006; Appeal Withdrawn July 19, 2006 |
| | | |

| | | |
|---|---|---|
| PSEG Nuclear, LLC, Public Service Electric & Gas Co. | 01-551C Futey | Order Dismissing Breach of Contract Claims for Lack of Jurisdiction on appeal to Federal Circuit, No. 05-5162 |
| | | |
| Vermont Yankee Nuclear Power Co. | 02-898C Wheeler | Dispositive Motions Pending; Discovery and Trial Not Yet Scheduled; Case arises from same contract as Entergy Nuclear Vermont Yankee, 03-2663C |
| | | |
| Detroit Edison Co. | 02-926C Williams | Case Stayed Pending Resolution of PSEG v. United States, No. 05-5162 (Fed. Cir.). |
| | | |
| Consumers Energy Co. | 02-1894C Damich | Active Litigation; Discovery To Be Completed By Dec. 31, 2007; Trial Not Yet Scheduled |
| | | |
| General Atomics | 03-2505C Wolski | Case Stayed until Sept. 26, 2006; Joint Status Report due Sept. 26, 2006 |
| | | |
| System Fuels, Inc. – Entergy Louisiana, Inc. | 03-2621C Williams | Supplemental Briefing Deferred Until 30 Days After Issuance of Decision in PSEG v. United States, No. 05-5162 (Fed. Cir.) |
| | | |
| Entergy Nuclear Indian Point 2, LLC | 03-2622C Wheeler | Active Litigation; Discovery To Be Completed By April 6, 2007; Case arises from same contract as Consolidated Edison, 04-33C |
| | | |
| System Fuels, Inc. – Entergy Arkansas, Inc. | 03-2623C Lettow | Active Litigation; Trial Scheduled To Begin February 12, 2007 |
| | | |

| | | |
|---|---|---|
| System Fuels, Inc. – System Energy Resources, Inc. and South Mississippi Electric Power Association | 03-2624C Braden | Active Litigation; Trial Scheduled To Begin September 18, 2006 |
| | | |
| Entergy Gulf States, Inc. | 03-2625C Williams | Supplemental briefing deferred until 30 days after issuance of decision in PSEG v. United States, No. 05-5162 (Fed. Cir.) |
| | | |
| Entergy Nuclear Generation Co. | 03-2626C Lettow | Active Litigation; Trial Regarding Contract Formation Issues To Begin May 7, 2007, In Conjunction With Trial In Boston Edison, 99-447C |
| | | |
| Entergy Nuclear Fitzpatrick, LLC, Entergy Nuclear Indian Point 3, LLC and Entergy Nuclear Operations, Inc. | 03-2627C Damich | Case Stayed; Joint Status Report Due Jan. 2, 2007; Case arises from same contract as Power Authority of New York, 00-703C |
| | | |
| Entergy Nuclear Vermont Yankee, LLC & Entergy Nuclear Operations, Inc. | 03-2663C Wheeler | Dispositive Motions Pending; Discovery and Trial Not Yet Scheduled; Case arises from same contract as Vermont Yankee Nuclear, 02-898C |
| | | |
| Arizona Public Service Co. | 03-2832C Hodges | Active Litigation; Discovery To Be Completed By Dec. 20, 2007; Trial Not Yet Scheduled |
| | | |
| Portland General Electric Company, The City of Eugene, Oregon, and Pacificorp | 04-09C Bruggink | Case Stayed until Dec. 15, 2006; Joint Status Report Due Dec. 15, 2006 |
| | | |

| | | |
|---|---|---|
| Energy Northwest | 04-10C<br>Damich | Active Litigation; Joint Status Report proposing discovery and trial schedule due Aug. 11, 2006 |
| | | |
| Consolidated Edison Co. of NY, Inc.<br>(former owner) | 04-33C<br>Wheeler | Active Litigation; Discovery To Be Completed By April 6, 2007; Trial Not Yet Scheduled; Case arises from same contract as Entergy Nuclear Indian Point 2, 03-2622C |
| | | |
| Delmarva Power & Light Co.<br>(former owner)<br><br>Atlantic City Electric Co.<br>(former owner) | 04-34C<br>04-36C<br>Miller | Active Litigation; Discovery To Be Completed By Sept. 28, 2007; Trial Not Yet Scheduled; Case arises from same contract as Exelon, 04-102C |
| | | |
| Canal Electric Co.<br>(former owner) | 04-35C<br>Hodges | Case Stayed; Case arises from same contract as FPL Seabrook, 04-88C |
| | | |
| Carolina Power & Light Co., Florida Power Corp. | 04-37C<br>Wheeler | Active Litigation; Discovery To Be Completed By July 15, 2007; Trial Not Yet Scheduled |
| | | |
| Interstate Power & Light Co. | 04-67C<br>Miller | Case Stayed Until Sept. 8, 2006; Joint Status Report Due Sept. 8, 2006 |
| | | |
| Constellation Generation Group, LLC, Calvert Cliffs Nuclear Power Plant, Inc., Nine Mile Nuclear Station, LLC | 04-68C<br>Margolis | Case Stayed Until Dec. 15, 2006; Joint Status Report Due Dec. 15, 2006; Case arises from same contract as Niagara Mohawk, 04-124C and 04-125C |
| | | |
| Cleveland Elec. Illuminating Co, Pennsylvania Power Co., Toledo Edison Co.. | 04-69C<br>Wolski | Case Stayed Until Dec. 15, 2006; Joint Status Report Due Dec. 15, 2006 |
| | | |
| PPL Susquehanna, LLC | 04-70C<br>Baskir | Motion for Liability Due Oct. 3, 2006 |

| | | |
|---|---|---|
| Wisconsin Public Svc. Corp. | 04-71C Block | Case Stayed Until Dec. 15, 2006; Joint Status Report Due Dec. 15, 2006 |
| | | |
| Pacific Gas & Electric Co. | 04-74C 04-75C Hewitt | Trial Conducted June 2006; Awaiting Decision |
| | | |
| Dominion Resources, Inc. Dominion Nuclear Connecticut, Inc., The Connecticut Light & Power Co., Western Massachusetts Electric Co., Northeast Utilities Service Co. | 04-83C Bruggink | Active Litigation; Discovery To Be Completed By October 31, 2007; Trial Scheduled To Begin August 2008 |
| | | |
| Dominion Resources, Inc. (Virginia Electric & Power Co.) | 04-84C Bruggink | Active Litigation; Discovery To Be Completed By October 31, 2007; Trial Scheduled To Begin August 2008 |
| | | |
| FPL Energy Seabrook, LLC, Massachusetts Municipal Wholesale Electric Co., Taunton Municipal Lighting Plant, Hudson Light & Power Dept. | 04-88C Hodges | Case Stayed Pending Decision on Motion To Dismiss in Canal Electric, 04-35C |
| | | |
| BWX Technologies, Inc. | 04-96C Lettow | Case Not Stayed, But No Proceedings Have Yet Been Scheduled |
| | | |
| Union Electric Co., d/b/a Ameren Plaza | 04-97C Hodges | Case Stayed Until Oct. 2, 2006; Joint Status Report Due Oct. 2, 2006 |
| | | |

| | | |
|---|---|---|
| TXU Generation Co. LP | 04-98C Williams | Case Stayed Until Oct. 2, 2006; Joint Status Report Due Oct. 2, 2006 |
| | | |
| Kansas Gas & Electric Co., Kansas City Power & Light Co., Kansas Electric Power Cooperative, Inc. | 04-99C Miller | Case Stayed Until Oct. 2, 2006; Joint Status Report Due Oct. 2, 2006 |
| | | |
| Texas Genco LP, AEP Texas Central Co., City of Austin, Texas, City of San Antonio, Texas | 04-100C Wolski | Case Stayed Until Dec. 1, 2006; Joint Status Report Due Dec. 1, 2006 |
| | | |
| South Carolina Electric & Gas Co., South Carolina Public Service Authority | 04-101C Lettow | Case Dismissed, Apr. 24, 2006 |
| | | |
| Exelon Generation Company, LLC (Peach Bottom, Limerick) | 04-102C Hewitt | Case Dismissed, Aug. 9, 2004; Case arose from same contract as Atlantic City, 04-36C, and Delmarva Power, 04-34C |
| | | |
| Exelon Generation Company, LLC (Dresden, Zion, Byron, LaSalle, Quad-Cities, Braidwood), MidAmerican Energy Co. | 04-103C Hewitt | Case Dismissed, Aug. 9, 2004 |
| | | |
| Exelon Generation Company, LLC, (Oyster Creek, TMI, Clinton), Amergen Energy Co., LLC | 04-104C Hewitt | Case Dismissed, Aug. 9, 2004; Case arose from same contract as Illinois Power, 04-133C |
| | | |
| Dairyland Power Cooperative | 04-106C Damich | Active Litigation; Trial Scheduled To Begin Oct. 29, 2007 |
| | | |
| General Electric Co. | 04-107C Wolski | Case Stayed Until Dec. 15, 2006; Joint Status Report Due Dec. 15, 2006 |

| | | |
|---|---|---|
| General Electric Co. | 04-108C Wolksi | Case Stayed Until Dec. 15, 2006; Joint Status Report Due Dec. 15, 2006 |
| | | |
| Southern California Edison Co. | 04-109C Baskir | Active Litigation; Discovery To Be Completed By Aug. 31, 2007; Trial Not Yet Scheduled |
| | | |
| Rochester Gas and Electric Corp., R.E. Ginna Nuclear Power Plant, L.L.C. | 04-118C Margolis | Case Stayed Until Dec. 15, 2006 |
| | | |
| Niagara Mohawk Power Corp. (Nine Mile Point 1) (former owner) | 04-124C Margolis | Case Stayed Until Dec. 15, 2006; Joint Status Report Due Dec. 15, 2006; Case arises from same contract as Constellation, 04-68C |
| | | |
| Niagara Mohawk Power Corp., New York State Electric & Gas Corp., Rochester Gas & Electric Corp., Central Hudson Gas & Electric Corp. (Nine Mile Point 2) (former owners) | 04-125C Margolis | Case Stayed; Transferred to Judge Margolis on Mar. 16, 2005; Case arises from same contract as Constellation, 04-68C |
| | | |
| The United Illuminating Company (Millstone 3) (former owner) | 04-129 Block | Case Dismissed, May 11, 2004 |
| | | |
| Illinois Power Co. (Clinton) (former owner) | 04-133 Damich | Case Stayed Until Sept. 8, 2006; Joint Status Report Due Sept. 8, 2006; Case arises from same contract as Exelon, 04-104C |