# In the United States Court of Federal Claims

Case No. 04-0070C
(Filed: October 2, 2006)

***********************************************************
PPL SUSQUEHANNA, LLC, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
***********************************************************

ORDER

On September 8, 2004, Defendant filed an unopposed Motion for the Entry of the Protective Order, the E-mail Preservation Order, and the Stipulated Order Governing Review of the "Record Information System" Database. The Court intends to enter the E-mail Preservation Order and the Stipulated Order Governing Review of the "Record Information System" Database as proposed by the parties. The Court will enter a Provisional Protective Order based on the Court's standard protective order, modified to incorporate the parties' provisions concerning what material shall be considered "protected information" and admitting the other SNF plaintiffs' attorneys to the Order. **The parties shall advise Chambers of any modifications they propose to this Protective Order no later than October 10, 2006. The Defendant's Motion is hereby GRANTED in part.**

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge