**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on October 3, 2006)

| | | |
|---|---|---|
| **PPL SUSQUEHANNA, LLC**, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-70C |
| | ) | (Judge Baskir) |
| **THE UNITED STATES,** | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6 & 6.1, Plaintiff PPL Susquehanna, LLC ("PPL"), through the undersigned counsel, respectfully requests an enlargement of time of twenty-eight days from October 3, 2006 through October 31, 2006 within which to file its motion for summary judgment on liability. PPL's motion for summary judgment is currently due on October 3, 2006.[1] See July 27, 2006 Order. This is the first enlargement sought by PPL for the filing of its motion for summary judgment on liability. Counsel for Plaintiff has spoken with counsel for Defendant (the "Government"), Ms. Sonia

[1] If the Court grants the instant motion, PPL respectfully requests a similar enlargement of time of twenty-eight days for the other dates comprising the briefing schedule set forth in the Court's July 27, 2006 Order.

Orfield, who has represented that the Government does not oppose this motion for enlargement.

An enlargement of time of twenty-eight days is necessary for the Court to enter a final protective order that will govern the disclosure of confidential material in this case.[2] As the Court may be aware, in anticipation of PPL's motion for summary judgment on liability, the Government served a set of document production requests on PPL in early-August 2006 (cover letter attached hereto at Exhibit A) and asked that PPL "voluntarily respond" to the requests. The Government also stated that "we are hopeful that your responses to the attached requests would allow us to respond to your motion [for summary judgment on liability] without taking further discovery." Exhibit A. Thus, in an effort to facilitate the progression of this case, PPL has engaged in a diligent search of its files and has compiled documents that it expects will be produced in response to the Government's discovery requests. Many of these documents contain information that is proprietary and/or business-

[2] An enlargement of time is also appropriate to allow the undersigned counsel to review and analyze the effect on this case, if any, of the U.S. Court of Appeals for the Federal Circuit's September 29, 2006 decision in PSEG Nuclear, LLC v. United States, No. 05-5162 (in which the Federal Circuit held that under the Tucker Act, this Court possesses subject-matter jurisdiction over a plaintiff utility's breach of contract claim in the spent nuclear fuel cases).

confidential to PPL. Because the Court issued a “Provisional Protective Order” on October 2, 2006 that modifies to some extent the draft protective order that the Government submitted for the Court’s consideration on September 8, 2004 (which filing occurred before the undersigned counsel represented PPL in this case), an extension of time will provide the parties with an opportunity to review the Court’s October 2, 2006 Order and, to the extent necessary, reach agreement on modifications by October 10, 2006 as directed. Until a final protective order is entered in this case, however, PPL cannot agree yet to produce any of its Confidential Material to the Government.

## CONCLUSION

Thus, for the foregoing reasons and for good cause shown, Plaintiff respectfully requests an enlargement of time of twenty-eight days from October 3, 2006 through October 31, 2006 within which to file its motion for summary judgment on liability. Plaintiff also requests corresponding enlargements of time for the other filings contemplated in the Court's July 27, 2006 Order.

Dated: October 3, 2006

Respectfully submitted,

s/ Alex D. Tomaszczuk by
s/ Jack Y. Chu
Alex D. Tomaszczuk
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
PPL Susquehanna, LLC

Of Counsel:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)

Bryan A. Snapp
**PPL Corporation**
Two North Ninth Street
Allentown, Pennsylvania 18101-1179
(610) 774-4397
(610) 774-6726 (fax)