**U.S. Department of Justice**

Civil Division

DMC:HDL:SMO

*Washington, D.C. 20530*

August 1, 2006

PILLSBURY WINTHROP SHAW PITTMAN
RECEIVED
AUG 0 4 2006
McLEAN, VA

Alex D. Tomaszczuk
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard
14th Floor
McLean, Virginia 22102-4859

re: PPL Susquehanna, LLC, v. United States, No. 04-70C

Dear Mr. Tomaszczuk:

I am writing to ask that PPL Susquehanna, LLC voluntarily respond to the attached requests for production of documents, as suggested by Judge Baskir during the July 26, 2006 status conference in the above-captioned matter. Although we obviously do not know the content of your anticipated liability motion at this time, we are hopeful that your responses to the attached requests would allow us to respond to your motion without taking further discovery. In any event, your continuing cooperation in providing us with limited discovery materials before we have to file our response to your motion may obviate the need for us to engage in time-consuming motion practice over discovery, delaying the briefing schedule set forth in the Court's July 27, 2006 order.

Please let me know whether your client will voluntarily respond to these requests. I look forward to hearing from you.

Sincerely,

Sonia Orfield

Sonia Orfield