# In the United States Court of Federal Claims

Case No. 04-0070C
(Filed: October 4, 2006)

*****************************************************
PPL SUSQUEHANNA, LLC, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*****************************************************

## ORDER

Plaintiff's unopposed **Motion for a 28-day Enlargement of Time** filed October 3, 2006, is hereby **GRANTED.** The briefing schedule for Plaintiff's Motion for Summary Judgment is revised as follows:

- **Plaintiff shall file its brief by October 31, 2006.**
- **Defendant shall file its responsive brief by December 19, 2006.**
- **Plaintiff shall file its reply brief by January 12, 2007.**
- **The parties shall file a Consolidated Statement of Uncontroverted Facts by February 2, 2007.**

The parties' supplemental briefs addressing the applicability to this case of the D.C. Circuit's writ of mandamus in *Northern States Power Co. v. Dept. of Energy*, 128 F.3d 754 (D.C. Cir. 1997) is revised as follows:

- **Defendant shall file its supplemental brief by December 19, 2006.**
- **Plaintiff shall file its supplemental brief in response by January 12, 2007.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge