IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PPL SUSQUEHANNA, LLC, | |
| Plaintiff, | |
| v. | No. 04-70C<br>(Judge Baskir) |
| THE UNITED STATES, | |
| Defendant. | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States respectfully request an enlargement of time of two days, to and including October 12, 2006, to propose modifications to the Provisional Protective Order. The parties' proposed modifications are currently due on October 10, 2006. This is the Government's first request for enlargement of time for this purpose.

In support of this motion, the Government states as follows. The Government requires the enlargement in order to have additional time to review the Court's Provisional Protective Order and confer with the Government's litigation support contractor with regard to whether the order creates any administrative difficulties for the contractor. Government counsel with supervisory responsibility for these matters has not yet been able to address these issues because of his work on other spent nuclear fuel matters. The proposed two-day enlargement will allow the Government to determine whether it requires any modifications to the Provisional Protective Order and to continue conferring with plaintiff's counsel regarding any possible changes.

For the foregoing reasons, the parties respectfully request that the Court grant an enlargement of time to propose modifications to the Provisional Protective Order up to and including October 12, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Sonia M. Orfield
SONIA M. ORFIELD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington D.C. 20530
(202) 353-0534
(202) 307-2503

Attorneys for Defendant

Of Counsel:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

October 10, 2006

CERTIFICATE OF FILING

I hereby certify that, on this 10th day of October 2006, a copy of the foregoing "Defendant's Motion for an Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sonia M. Orfield