# In the United States Court of Federal Claims

Case No. 04-0070C
(Filed: October 12, 2006)

*****************************************************
PPL SUSQUEHANNA, LLC, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*****************************************************

**ORDER**

Defendant's first Unopposed Motion for Enlargement of Time (2 days) until October 12, 2006, to file proposed modifications to the Provisional Protective Order is hereby **GRANTED.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge