**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on October 31, 2006)

| | |
|---|---|
| **PPL SUSQUEHANNA, LLC**,<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES,**<br><br>Defendant. | No. 04-70C<br>(Judge Baskir) |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON LIABILITY**

Pursuant to RCFC 56, Plaintiff PPL Susquehanna, LLC ("PPL"), through the undersigned counsel, respectfully moves for summary judgment on Defendant's (the "Government") liability for partial breach of contract. In support of this motion, PPL has filed a memorandum establishing that there is no genuine issue of material fact that the Government breached PPL's Standard Contract and should be held liable for the resulting damages.[1] PPL has also filed proposed findings of uncontroverted fact in support of the instant motion. For reasons stated in these contemporaneous filings, PPL respectfully requests that the Court

[1] PPL files this motion in accordance with Paragraph 8 of the Court's March 30, 2004 Special Procedures Order ("When made in writing, the motion shall be separately captioned and briefly titled . . . Supporting memoranda or briefs shall be separately captioned and titled").

enter summary judgment against the Government on the issue of the Government's liability for partial breach of the Standard Contract.

Dated: October 31, 2006

Respectfully submitted,

s/ Alex D. Tomaszczuk
by s/ Jack Y. Chu

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
PPL Susquehanna, LLC

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)

Bryan A. Snapp
**PPL Corporation**
Two North Ninth Street
Allentown, Pennsylvania 18101-1179
(610) 774-4397
(610) 774-6726 (fax)