**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on October 31, 2006)

| | | |
|---|---|---|
| **PPL SUSQUEHANNA, LLC,** | ) | |
| Plaintiff, | ) | No. 04-70C |
| | ) | (Judge Baskir) |
| v. | ) | |
| **THE UNITED STATES,** | ) | |
| Defendant. | ) | |

**DECLARATION OF ANDREW DYSZEL**

The undersigned, Andrew Dyszel, pursuant to 28 U.S.C. §1746, declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

1. My name is Andrew Dyszel. I am over the age of twenty-one years, am of sound mind, and have personal knowledge of the statements made herein. I am competent to make this Declaration.

2. I have been employed by PPL Susquehanna, LLC ("PPL") and its predecessor companies in various positions since 1981. My business address is Two North Ninth Street, Allentown, Pennsylvania 18101.

3. I am currently Manager of Nuclear Fuels and Analysis for PPL. My responsibilities include the development and implementation of the

PPL's dry fuel storage strategy, as well as the planning and cask procurement relating to the dry fuel storage facility at the PPL Susquehanna Steam Electric Station ("PPL Susquehanna"). This facility is also known and referred to as an Independent Spent Fuel Storage Installation or "ISFSI."

4. This Declaration is filed in support of the Motion for Summary Judgment on Liability filed by PPL in Docket No. 04-70C. Specifically, this Declaration attests that costs have been and continue to be incurred by PPL to provide for the additional storage of spent nuclear fuel at PPL Susquehanna. It is my belief that these costs would not have been incurred had the U.S. Department of Energy ("DOE") picked up and disposed of the spent fuel at PPL Susquehanna in accordance with the terms of PPL's contract with the DOE. That contract, which was executed in 1983, generally requires DOE to begin disposal of the spent nuclear fuel generated at commercial nuclear plants on January 31, 1998.

5. PPL Susquehanna is a two-unit nuclear plant that first entered operation in 1983. From the time it entered service, the plant has utilized a wet "spent fuel pool" for the storage of radioactive spent nuclear fuel. Under normal operating conditions, spent fuel is removed from each reactor at PPL Susquehanna (and replaced with new fuel) at the end of

each approximately 24-month operating cycle. After the fuel is removed from the reactors, it is stored in the PPL Susquehanna wet pool for a period of at least five years.

6. Plaintiffs began evaluating spent fuel storage options for PPL in about 1995, when it became apparent that DOE would not meet its obligations to commence the disposal of spent nuclear fuel by January 31, 1998. At or about this time, PPL conducted studies and determined that the amount of spent fuel in the pool, plus a reasonable reserve capacity needed to offload each reactor core, would exceed the physical capacity of the spent fuel pool in 2000. In view of this situation, PPL determined that the construction of a dry storage facility was the only reasonable alternative for the long-term storage of spent nuclear fuel at the plant site. In 1997, Plaintiffs began plant modifications to facilitate dry fuel storage, and shortly thereafter, began the actual design and construction of the ISFSI at PPL Susquehanna. The ISFSI was completed and commenced operations in 1999.

7. Because DOE has so far failed to comply with its contractual obligations, Plaintiff designed and constructed the dry fuel storage facility at PPL Susquehanna. If DOE had timely commenced accepting spent nuclear fuel in accordance with its contractual requirements, dry storage of

spent fuel would not have been necessary at PPL Susquehanna, and the plant should have been able to avoid construction and operation of its dry fuel storage facility.

8. PPL has been loading fuel into dry storage containers at PPL Susquehanna since 1999. As of the present date, there are 41 casks at PPL Susquehanna which have been loaded with spent nuclear fuel generated by the station.

9. To date, Plaintiff has spent approximately $7 million for design and construction of the ISFSI facility at PPL Susquehanna.

10. To date, Plaintiff has also spent at least an additional $60 million on the purchase and installation of casks and related equipment, and the operation of the ISFSI.

Andrew Dyszel

10/26/06

Date