# In the United States Court of Federal Claims

Case No. 04-0070C
(Filed: November 3, 2006)

****************************************************
PPL SUSQUEHANNA, LLC, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
****************************************************

## ORDER

Plaintiff's Proposed Findings of Uncontroverted Fact in Support of its Motion for Summary Judgment on Liability filed October 31, 2006, is to be STRICKEN FROM THE RECORD.

Parties are directed to review this Court's Special Procedures Order filed on March 30, 2004. (An updated version of this Special Procedures Order is located on the Court's website.) Within one week of the end of the briefing schedule, parties are to file a **Consolidated Statement of Uncontroverted Facts** in lieu of individual proposed findings of fact (paragraph 11, page 4 of this Court's Special Procedures Order).

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge