IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PPL SUSQUEHANNA, LLC, Plaintiff, | |
| v. | No. 04-70C (Judge Baskir) |
| THE UNITED STATES, Defendant. | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of 30 days, to and including January 18, 2007, to file the responsive and supplemental briefs required by the Court's October 4, 2006 order. The Government's briefs are currently due on December 19, 2006. This is the Government's first request for enlargement of time for this purpose. Counsel for plaintiff has represented that plaintiff does not oppose the Government's requested enlargement as long as the other dates in the Court's October 4, 2006 order are also advanced by 30 days.

In support of this motion, the Government states as follows. The Government requires the enlargement in order to have additional time to review the mandamus issue raised by the Court and to review and revise its responsive and supplemental briefs. These issues are being discussed within various offices at the Government, and, because the Court in Nebraska Public Power Co. v. United States, No. 01-116C (Fed. Cl.) today certified its prior October 31, 2006 opinion, in which the Court found the writ

of mandamus that the United States Court of Appeals for the D.C. Circuit in Northern States Power Co. v. United States, 128 F.3d 754 (D.C. Cir. 1997) is void, for interlocutory appeal, which we presume will create a need for additional discussion. Government counsel with supervisory responsibility for these matters has not yet been able to address these issues because he has been out of the office on sick leave for the last several days. Moreover, both Government counsel with responsibility for these matters have not been able to give the attention required to the two briefs because they have been absorbed in work on several other spent nuclear fuel matters. In addition, Government counsel with primary responsibility for this matter will be out of the office from December 21, 2006 to January 8, 2007 on so-called "use-or-lose" leave. The proposed 30-day enlargement will allow the Government to further evaluate the mandamus issue raised by the Court and to review and revise its responsive supplemental briefs.

For the foregoing reasons, the parties respectfully request that the Court grant an enlargement of time to propose modifications to the Provisional Protective Order up to and including October 12, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

Of Counsel:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

s/Sonia M. Orfield
SONIA M. ORFIELD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington D.C. 20530
(202) 353-0534
(202) 307-2503

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that, on this 19th day of December 2006, a copy of the foregoing "Defendant's Unopposed Motion for an Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sonia M. Orfield