# In the United States Court of Federal Claims

Case No. 04-0070C
(Filed: December 20, 2006)

*****************************************************
PPL SUSQUEHANNA, LLC, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*****************************************************

## ORDER

Defendant's unopposed **Motion for a 30-day Enlargement of Time** filed December 19, 2006, **to submit its response to Plaintiff's Motion for Summary Judgment** is hereby **GRANTED.** The amended briefing schedule follows:

- **Defendant shall file its response brief no later than January 18, 2007.**
- **Plaintiff shall file its reply brief no later than February 12, 2007.**
- **The parties shall file a Consolidated Statement of Uncontroverted Facts no later than February 20, 2007.**

The parties' supplemental briefs addressing the applicability to this case of the D.C. Circuit's writ of mandamus in *Northern States Power Co. v. Dept. of Energy*, 128 F.3d 754 (D.C. Cir. 1997) is revised as follows:

- **Defendant shall file its supplemental brief by January 18, 2007.**
- **Plaintiff shall file its supplemental brief in response by February 12, 2007.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge