IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PPL SUSQUEHANNA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-70C |
| | ) | (Judge Baskir) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of four days, to and including January 22, 2007, to file the supplemental brief required by the Court's December 20, 2006 order. The Government's brief is currently due on January 18, 2007. This is the Government's second request for enlargement of time for this purpose. Counsel for plaintiff has represented that plaintiff does not oppose the Government's requested enlargement as long as the dates for its response are also advanced by four days, from February 12 to February 16, 2007.

In support of this motion, the Government states as follows. The Government requires the enlargement in order to have additional time to review the mandamus issue raised by the Court and to review and revise its supplemental brief. These issues are being discussed within various offices at the Government, in view of this Court's certification of its prior October 31, 2006 opinion in Nebraska Public Power Co. v. United States, No. 01-116C (Fed. Cl.), in which the Court found the writ of mandamus that the United States Court of Appeals for the D.C. Circuit issued in Northern States

Power Co. v. United States, 128 F.3d 754 (D.C. Cir. 1997) is void, for interlocutory appeal. Recently, the plaintiff in Nebraska Public Power filed its petition for permission to appeal with the Untied States Court of Appeals for the Federal Circuit, and, with various activities that have been occurring within our office, including trial in another spent nuclear fuel case, System Fuels, Inc. v. United States, No. 03-2624C (Fed. Cl.); the summary judgment motion briefing being filed today in this case; and necessary pleadings in other spent nuclear fuel cases, we have been unable to obtain all of the required review for the filing of our supplemental brief here. We anticipate that the proposed four-day enlargement should allow the Government to obtain the necessary review of our supplemental brief.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

s/Sonia M. Orfield
SONIA M. ORFIELD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington D.C. 20530
Tele: (202) 353-0534
Fax: (202) 307-2503

January 18, 2007

Attorneys for Defendant

## CERTIFICATE OF FILING

I hereby certify that, on this 18th day of January 2007, a copy of the foregoing "Defendant's Unopposed Motion for an Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sonia M. Orfield