IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PPL SUSQUEHANNA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-70C |
| | ) | (Judge Baskir) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Pursuant to rule 5.2(b)(1) of the Rules of the United States Court of Federal Claims (“RCFC”), defendant, the United States, respectfully seeks leave of the Court to exceed the 50-page limitation set forth therein in Defendant's Response to Plaintiff's Motion for Summary Judgment on Liability, Defendant’s Motion for Summary Judgment upon Counts I and II of Plaintiff's Complaint, and Defendant’s Motion to Dismiss Count III Of Plaintiff's Complaint. In support of this motion, defendant states as follows.

The subject matter of plaintiff’s motion and the Government’s motions depend upon a complex factual and procedural background, as well as complicated legal issues which require fairly lengthy explanations. Although the Government has generally been able to address these matters within the page limit set forth in RCFC 5.3(b)(1) in other spent

nuclear fuel cases, two aspects of the Court's Special Procedures Order in place here have made this more difficult in this case. First, while the Government has typically been able to provide adequate factual and procedural context to its arguments without exceeding its page limit by referencing its Proposed Findings of Uncontroverted Facts, paragraph 11 of the Court's Special Procedures Order provides for a jointly submitted Consolidated Statement of Uncontroverted Facts ("CSUF"). The CSUF may be submitted after the completion of briefing, and, therefore, the Government may not rely upon that statement in its brief. Second, in paragraph 9 of its Special Procedures Order, the Court has indicated that it "will be especially gratified if counsel who have variable font, print submissions in Arial, 14-point, as used in this order." Although the Government wishes to accommodate the Court's expressed preference for fonts, that preference has converted a brief that would comply with the page limit if filed in the Times New Roman, 12-point font that we more typically use, to a brief which exceeds the page limit. Thus, based upon the complexity of the material and the special procedures in

place in this case the Government asks that it be permitted to exceed the page limit.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester. Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Sonia M. Orfield
SONIA M. ORFIELD
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
ATTN: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: 202-353-0534
Fax: 202-514-8624

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

January 18, 2007

CERTIFICATE OF FILING

I hereby certify that on January 18, 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sonia M. Orfield