# INDEX TO APPENDIX


DOCUMENT PAGE

Portions of the Administrative Record of the DOE Standard Contract Rulemaking for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste . . . . . 1

Edison Electric Institute Comments, March 7, 1983 . . . . . 1

Statement of M.C. Cook, Vice President, Florida Power & Light Company, March 1, 1983 . . . . . 35

Northern States Power Comments, March 3, 1983 . . . . . 38

Cincinnati Gas & Electric Comments, March 4, 1983 . . . . . 43

Consumers Power Company Comments . . . . . 45

Public Service Company of Colorado Comments . . . . . 50

Cleveland Electric Illuminating Company Comments . . . . . 52

Gulf States Utilities Comments . . . . . 56

Wisconsin Public Service Corporation Comments . . . . . 62

Yankee Atomic Electric Company Comments, March 4, 1983 . . . . . 64

Public Service Electric and Gas Company Comments . . . . . 66

Long Island Lighting Company Comments, March 3, 1983 . . . . . 70

Northeast Utilities Comments, March 3, 1983 . . . . . 72

Alabama Power Company Comments, March 4, 1983 . . . . . 74

Kansas Gas and Electric Company Comments, March 1, 1983 . . . . . 78

Iowa Electric Light and Power Company Comments, March 3, 1983 . . . . . 81

Mississippi Power & Light Company Comments, March 4, 1983 . . . . . 84

Portland General Electric Company Comments, March 4, 1983 . . . . . 89

INDEX TO THE APPENDIX (cont'd)

DOCUMENT PAGE

Detroit Edison Comments, March 3, 1983 . . . . . 92

Florida Power & Light Company Comments, March 7, 1983 . . . . . 94

Duquesne Light Company Comments, March 4, 1983 . . . . . 96

Pacific Gas and Electric Company Comments, March 4, 1983 . . . . . 99

TVA Comments . . . . . 104

Houston Lighting and Power Company Comments . . . . . 106

Middle South Services, Inc. Comments, March 7, 1983 . . . . . 107

Vermont Yankee Nuclear Power Corp. Comments, March 7, 1983 . . . . . 110

Consolidated Edison Company of New York Comments, March 7, 1983 . . . . . 113

Dairyland Power Cooperative Comments, March 7, 1983 . . . . . 115

Georgia Power Comments, March 4, 1983 . . . . . 118

Letter from Secretary Hodel to Senator Johnston, September 7, 1984 . . . . . 122

Letter from J. Michael Farrell to Honorable Philip R. Sharp, April 1, 1987 . . . . . 126

Memo from Ronald A. Milner, December 20, 1991 . . . . . 141

Letter from M. Detmer to J.M. Buchheit, March 4, 1992 . . . . . 143

Letter from M. Detmer to Michael E. Thomas, March 4, 1992 . . . . . 153

Letter from M. Detmer to J.E. McKissick, March 4, 1992 . . . . . 163

Portions of Mission Plan for the Civilian Radioactive Waste Management Program, June 1985 . . . . . 188

Portions of OCRWM Mission Plan Amendment, June 1987 . . . . . 205

INDEX TO THE APPENDIX (cont'd)


| DOCUMENT | PAGE |
| --- | --- |
| Portions of Annual Capacity Report, June 1987 | 208 |
| Portions of Annual Capacity Report, June 1988 | 211 |
| Portions of Annual Capacity Report, December 1990 | 214 |
| Portions of Annual Capacity Report, December 1991 | 219 |
| Portions of 1992 Acceptance Priority Ranking, Revision 1, May 1993 | 257 |
| Portions of Acceptance Priority Ranking and Annual Capacity Report, March 1995 | 289 |
| Pennsylvania Power & Light Company's Standard Contract for Disposal Of Spent Nuclear Fuel And/Or High-Level Radioactive Waste | 358 |
| Portions of Annual Capacity Report, December 1991 | 402 |
| Portions of 1992 Annual Capacity Report, Revision 1, May 1993 | 464 |