# In the United States Court of Federal Claims

Case No. 04-0070C
(Filed: January 22, 2007)

****************************************************
PPL SUSQUEHANNA, LLC, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
****************************************************

## ORDER

Defendant's second unopposed Motion for Enlargement of Time (4 days) until January 22, 2007, to file the supplemental brief is hereby **GRANTED. Plaintiff's Response shall be filed by February 16, 2007, and the Consolidated Statement of Uncontroverted Facts shall be filed no later than February 23, 2007.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge