IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PPL SUSQUEHANNA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-70C |
| | ) | (Judge Baskir) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE CORRECTED BRIEF

Defendant, the United States, respectfully requests that the Court grant leave for us to filed a corrected copy of our memorandum supporting our response to plaintiff's motion for summary judgment and our cross motion for summary judgment, with a corrected appendix. On January 18, 2006, the Government twice filed a brief electronically that was captioned Defendant's Response To Plaintiff's Motion For Summary Judgment On Liability, Defendant's Motion For Summary Judgment Upon Counts I and II Of Plaintiff's Complaint, And Defendant's Motion To Dismiss Count III Of Plaintiff's Complaint. Initially, the Government inadvertently filed its brief without attaching the appendix. Realizing this mistake, the Government then re-filed its brief, attempting to attach the appendix. Unfortunately, even during the second filing, the final few PDF files that comprise the appendix did not attach to the brief. Thus, the Government seeks leave to

file a corrected brief, differing from its initial brief, only in that the final portion of the appendix will be included. Because of the size of the appendix, we have not attached a copy of our proposed corrected filing to this motion, but, if the Court grants this motion, we will file the corrected summary judgment response and appendix with the Court as a separate docket entry.

For all of the foregoing reasons, the Government asks that it be permitted to file a corrected version of Defendant's Response To Plaintiff's Motion For Summary Judgment On Liability, Defendant’s Motion For Summary Judgment Upon Counts I and II Of Plaintiff's Complaint, And Defendant’s Motion To Dismiss Count III Of Plaintiff's Complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester. Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Sonia M. Orfield
SONIA M. ORFIELD
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
ATTN: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: 202-353-0534
Fax: 202-514-8624

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

January 23, 2007

CERTIFICATE OF FILING

I hereby certify that on January 23, 2007, a copy of the foregoing "Defendant’s Motion for Leave to File Corrected Brief" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sonia M. Orfield