# In the United States Court of Federal Claims

Case No. 04-0070C
(Filed: January 24, 2007)

*****************************************************
PPL SUSQUEHANNA, LLC, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*****************************************************

## ORDER

Defendant's Motion for Leave to File Corrected Brief filed January 23, 2007, to file a Corrected Appendix is hereby **GRANTED.**

**Because the Appendix is over 300 pages, Defendant shall file, in paper format, two BOUND copies of the Corrected Appendix – one for the Clerk's office and one for Chambers.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge