**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on February 7, 2007)

| | |
|---|---|
| **PPL SUSQUEHANNA, LLC**, | |
| Plaintiff, | |
| v. | No. 04-70C (Judge Baskir) |
| **THE UNITED STATES,** | |
| Defendant. | |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6 & 6.1, Plaintiff PPL Susquehanna, LLC ("PPL"), through the undersigned counsel, respectfully requests an enlargement of time of twenty-eight days within which to file (1) a reply brief in support of its October 31, 2006 motion for summary judgment on liability and response to Defendant's (the "Government") January 18, 2007 cross-motions for summary judgment on Count I and Count II of PPL's Complaint and motion to dismiss Count III of PPL's Complaint on takings, (2) a response to the Government's January 22, 2007 supplemental brief on the "Unavoidable Delays" issue, and (3) the parties' consolidated statement of uncontroverted facts for their cross-motions for summary judgment on liability. Per the Court's December 20, 2006 and January 22, 2007 Orders, these three filings are currently due on February 12, 2007, February 16,

2007, and February 23, 2007, respectively. If the instant motion is granted, these three filings would be due on March 12, 2007, March 16, 2007, and March 23, 2007, respectively. This is the first enlargement sought by PPL for the filing of its responsive briefs and the parties' consolidated statement of uncontroverted facts. The undersigned counsel for Plaintiff has spoken with counsel for the Government, Ms. Sonia Orfield, who has represented that the Government does not oppose this motion for enlargement.

An enlargement of time of twenty-eight days is necessary for at least two reasons. First, counsel for the parties have been and continue to be engaged in preparations for a damages trial before this Court in System Fuels, Inc. v. United States, No. 03-2623C (Lettow, J.), which trial is scheduled to commence on February 12, 2007 and to continue at least through February 23, 2007 (and possibly beyond that date). Counsel for the parties are also currently engaged in post-trial briefing in Northern States Power Co. v. United States, No. 98-484C (Wiese, J.) and System Fuels, Inc. v. United States, No. 03-2624C (Braden, J.), in which trial proceedings concluded on December 11, 2006 and January 18, 2007, respectively. The respective post-trial briefs of the plaintiffs in those two cases are currently due on February 9, 2007 (Northern States Power Co.) and March 23, 2007 (System Fuels, Inc.).

Second, as the Court is aware, this Court recently held in Nebraska Pub. Power Dist. v. United States, 73 Fed. Cl. 650 (2006) ("NPPD"), that the U.S. Court of Appeals for the District of Columbia Circuit's partial writ of mandamus in Northern States Power Co. v. Dep't of Energy, 128 F.3d 754 (D.C. Cir. 1997), is "void" and does not operate to preclude the Government from arguing in NPPD that it is not liable for partial breach of contract under the "Unavoidable Delays" clause of the Standard Contract. The plaintiff in that case (also represented by the undersigned counsel for PPL) filed a motion on November 13, 2006 for certification of the NPPD decision for interlocutory appeal, and that motion was granted on December 19, 2006. The petition for permission to appeal this Court's decision in NPPD is pending at the U.S. Court of Appeals for the Federal Circuit (the "Federal Circuit") and has been docketed as No. 2007-M843. PPL respectfully submits that the briefing in this case on both the liability and the "Unavoidable Delays" issues should be deferred for at least a few weeks to allow the Federal Circuit to consider and rule upon the pending petition in NPPD.

## CONCLUSION

Thus, for the foregoing reasons and for good cause shown, PPL respectfully requests an enlargement of time of twenty-eight days within which to submit the filings discussed above. Accordingly, if the instant motion is granted, PPL's reply brief on liability and response to the Government's cross-motions for summary judgment and motion to dismiss would be due on March 12, 2007, (2) its response to the Government's supplemental brief on "Unavoidable Delays" would be due on March 16, 2007, and (3) the parties' consolidated statement of uncontroverted facts would be due on March 23, 2007.

Dated: February 7, 2007

Respectfully submitted,

s/ Alex D. Tomaszczuk by
s/ Jack Y. Chu

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
PPL Susquehanna, LLC

Of Counsel:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)

Bryan A. Snapp
**PPL Corporation**
Two North Ninth Street
Allentown, Pennsylvania 18101-1179
(610) 774-4397
(610) 774-6726 (fax)