# In the United States Court of Federal Claims

Case No. 04-0070C
(Filed: February 12, 2007)

*****************************************************
PPL SUSQUEHANNA, LLC, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*****************************************************

**ORDER**

Plaintiff's unopposed **Motion for a 28-day Enlargement of Time** filed February 7, 2007, **within which to file its (1) reply brief in support of its Motion for Summary Judgment on Liability; (2) a response to the Defendant's Supplemental Brief on "unavoidable delays" issue, and (3) the parties' Consolidated Statement of Uncontroverted Facts** is hereby **GRANTED.** The amended briefing schedule follows:

- **Plaintiff shall file its reply brief on liability and a response to Defendant's cross motions no later than March 12, 2007.**
- **Plaintiff shall file its response brief to Defendant's Supplemental Brief no later than March 16, 2007.**
- **The parties shall file a Consolidated Statement of Uncontroverted Facts no later than March 23, 2007.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge