# In the United States Court of Federal Claims

Case No. 04-0070C
(Filed: February 15, 2007)

****************************************************
PPL SUSQUEHANNA, LLC, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
****************************************************

## ORDER

Defendant's unopposed **Motion for Leave to Exceed Page Limit** filed January 18, 2007, is hereby **GRANTED.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge