**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on March 7, 2007)

| | | |
|---|---|---|
| **PPL SUSQUEHANNA, LLC**, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-70C |
| | ) | (Judge Baskir) |
| **THE UNITED STATES,** | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO BRIEF LIABILITY AND UNOPPOSED MOTION TO STAY SUPPLEMENTAL BRIEFING**

Pursuant to RCFC 6 & 6.1 and this Court's March 30, 2004 Special Procedures Order ¶ 7, Plaintiff PPL Susquehanna, LLC ("PPL"), through its undersigned counsel, respectfully requests an enlargement of time of nine days from March 12, 2007 through March 21, 2007 to file its combined response to Defendant the United States' (the "Government's") cross-motions and reply in support of PPL's motion for summary judgment. PPL also moves to stay the supplemental briefing regarding the U.S. Court of Appeals for the D.C. Circuit's ("D.C. Circuit") writ of mandamus rejecting the Department of Energy's interpretation of the Nuclear Waste Policy Act. PPL further requests that the Court enlarge the date for the parties to jointly

file their consolidated statement of uncontroverted facts until March 28, 2007.

This is PPL's second request for an enlargement of time for this purpose. PPL has discussed the request for enlargement of time with counsel for the Government – Ms. Sonia Orfield – and she has represented that the Government does not oppose this request. Counsel for the Government also stated that the Government does not oppose the request to stay briefing as to the validity of the D.C. Circuit's writ of mandamus.

**9-DAY MOTION FOR ENLARGEMENT TO FILE SUMMARY JUDGMENT PAPERS**

As previously noted in PPL's prior motion for enlargement, during most of the month of February 2007 counsel was preparing for and engaged in trial before Judge Lettow in *System Fuels, Inc. v. United States*, No. 03-2623C. The pre-trial conference was held on February 5, trial commenced on February 12, 2007, and did not adjourn (a week later than expected) until March 1, 2007. Furthermore, proceedings in that case have not yet concluded, and will resume again during the second week of April, with a site visit to Arkansas scheduled for April 10 and the continuation of trial proceedings in Washington on April 12, 2007. Also as previously discussed, counsel for PPL continues to be engaged in the post-trial

briefing of two additional spent nuclear fuel cases, which trials were recently concluded: (1) *Northern States Power Co. v. United States*, No. 98-484C (Wiese, S.J.); and (2) *System Fuels, Inc. v. United States*, No. 03-2624C (Braden, J.). The undersigned counsel for PPL is also in the process of briefing a bid protest filed in late February and set for oral argument on March 30, 2007 in *Bannum, Inc. v. United States & Dismas Charities, Inc.*, No. 07-109C (Allegra, J.).

In short, given the heavy press of other litigation in this Court, counsel requires additional time to work with PPL personnel and to complete the summary judgment papers currently due on March 12, 2007. An additional extension of nine days will enable counsel to coordinate with PPL and complete PPL's responses to the Government's lengthy cross-motions and PPL's own reply in support of its motion for summary judgment on liability.

**MOTION TO STAY BRIEFING ON MANDAMUS ISSUE**

As the second part of this motion, PPL respectfully moves to stay the briefing of the supplemental issue regarding the D.C. Circuit's mandamus order. PPL's brief on this issue is currently due on March 16, 2007. However, on March 1, 2007 the U.S. Court of Appeals for the Federal Circuit ("Federal Circuit") granted the petition for permission to appeal in

*Nebraska Public Power Dist. v. United States*, Misc. No. 843 (Fed. Cir.), which appeal seeks review of Judge Allegra's order finding that the D.C. Circuit's writ of mandamus is void. The issues involved in that appeal are substantially similar, if not identical, to those to be briefed in the instant case. Any ruling by the Federal Circuit will likely at least inform, if not bind, this Court in making a determination on the validity of the D.C. Circuit's mandamus ruling. Therefore, in the interest of conserving the resources of the parties and the Court, PPL respectfully requests that the Court stay the briefing of this issue until after the Federal Circuit rules in *Nebraska Public Power District*.

## CONCLUSION

For the foregoing reasons and good cause shown, PPL respectfully requests an enlargement of time of nine days from March 12, 2007 through March 21, 2007 to file its combined response to the Government's cross-motions and reply in support of PPL's motion for summary judgment and that the Court stay the supplemental briefing regarding the D.C. Circuit's writ of mandamus. PPL also requests that the Court move the date for the parties to jointly file their consolidated statement of uncontroverted facts

(concerning the parties' cross-motions for summary judgment) until March 28, 2007.

Dated: March 7, 2006

Respectfully submitted,

s/ Alex D. Tomaszczuk
by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
PPL Susquehanna, LLC

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)

Bryan A. Snapp
**PPL Corporation**
Two North Ninth Street
Allentown, Pennsylvania 18101-1179
(610) 774-4397
(610) 774-6726 (fax)