# In the United States Court of Federal Claims

Case No. 04-0070C
(Filed: March 12, 2007)

****************************************************
PPL SUSQUEHANNA, LLC, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
****************************************************

## ORDER

Plaintiff's unopposed **Motion for Enlargement of Time** (9 days) until March 21, 2007, to file its combined response to Defendant's cross-motions and reply in support of PPL's motion for summary judgment is hereby **GRANTED. The Consolidated Statement of Uncontroverted Facts shall be filed no later than March 28, 2007.**

Plaintiff's unopposed **Motion to Stay Supplemental Briefing** until after the Federal Circuit rules in *Nebraska Public Power District* is hereby **GRANTED**. The parties shall file a **Joint Status Report every 60 days, beginning on May 14, 2007.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge