**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on March 21, 2007)

| | |
|---|---|
| **PPL SUSQUEHANNA, LLC**, Plaintiff, | |
| v. | No. 04-70C (Judge Baskir) |
| **THE UNITED STATES,** Defendant. | |

**MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**

Pursuant to RCFC 5.2(b)(2), Plaintiff PPL Susquehanna, LLC ("PPL") respectfully requests leave to exceed the 30 page limit by 23 pages in its contemporaneously filed "Plaintiff's Reply in Support of its Motion for Summary Judgment on Liability and Response in Opposition to Defendant's Motion for Summary Judgment on Counts I and II of Plaintiff's Complaint and Defendant's Motion to Dismiss Count III of Plaintiff's Complaint."

PPL requests leave to exceed the page limits for several reasons. First, consistent with the request in this Court's special procedures order, PPL has submitted its brief in Arial, 14-point font. *See* Special Procedures Order ¶ 9 (Mar. 30, 2004). As the Government noted in its similar motion,

the use of a 14-point font rather than the usual Times Roman 12-point font, *see* RCFC 5.3(c), has caused the brief to exceed the 30-page limit in RCFC 5.2. Second, the Government's brief not only responds to PPL's motion for summary judgment on liability regarding PPL's breach of contract claim (*i.e.* Count I of the Complaint), but also cross-moves to dispose of all three counts of PPL's complaint. Thus, to adequately respond to the Government's many arguments in its 69-page brief (for which this Court granted the Government leave to exceed the 50-page limitation in RCFC 5.2(b)(1)), PPL needs to exceed the page limitation.

For the foregoing reasons, PPL respectfully requests leave of the Court to exceed the 30-page limitation by 23 pages.

Dated: March 21, 2007

Respectfully submitted,

s/ Alex D. Tomaszczuk
by s/ Daniel S. Herzfeld

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
PPL Susquehanna, LLC

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)

Bryan A. Snapp
**PPL Corporation**
Two North Ninth Street
Allentown, Pennsylvania 18101-1179
(610) 774-4397
(610) 774-6726 (fax)