# In the United States Court of Federal Claims

Case No. 04-0070C
(Filed: March 23, 2007)

***************************************************
PPL SUSQUEHANNA, LLC, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
***************************************************

## ORDER

Plaintiff's **Motion for Leave to Exceed Page Limit** by 23 pages in its Reply in support of its Motion for Summary Judgment on Liability and Response in Opposition to Defendant's Motion for Summary Judgment on Counts I and II of Plaintiff's Complaint and Defendant's Motion to Dismiss Count III of Plaintiff's Complaint, filed March 21, 2007, is hereby **GRANTED.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge