IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PPL SUSQUEHANNA, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-70C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN
ENLARGEMENT OF TIME TO FILE ITS REPLY BRIEF

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States respectfully requests an enlargement of time of seven days, to and including April 11, 2007, for the Government to file its reply brief in support of its motion for summary judgment and motion to dismiss. The Government's reply brief is currently due on April 4, 2007. This is defendant's first request for enlargement of time for these purposes. Counsel for plaintiff, PPL Susquehanna, LLC, Alex Tomaszczuk, has indicated that he does not oppose the enlargment.

In support of this motion, defendant states as follows. None of the earlier briefing schedules have provided for the Government to file a reply brief in support of its motions. Instead, the Government only learned that it

would be permitted to file a reply brief, by way of a voice mail from the Court's law clerk, late in the afternoon on March 27, 2007. As the Government has lost a week of the time that the Court had apparently intended to allot it, the Government simply seeks to reclaim that time.

For the foregoing reasons, defendant respectfully requests that the Court grant an enlargement of time of seven days, to and including April 11, 2007, for the Government to file its reply brief in support of its motion for summary judgment and motion to dismiss.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

Of Counsel:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

March 28, 2007

s/Sonia M. Orfield
SONIA M. ORFIELD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington D.C. 20530
(202) 353-0534
(202) 307-2503

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that, on this 28th day of March 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE ITS REPLY BRIEF " was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sharon A. Snyder