IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PPL SUSQUEHANNA, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-70C (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States and plaintiff, PPL Susquehanna, LLC ("PPL"), respectfully request an enlargement of time of 23 days, to and including April 20, 2007, for the parties to file their Consolidated Statement of Uncontroverted Facts. The parties' Consolidated Statement of Uncontroverted Facts is currently due on March 28, 2007. This is the parties' first request for enlargement of time for these purposes.

In support of this motion, the parties state as follows. The parties have been working in good faith on the Consolidated Statement of

Uncontroverted Facts. The Government prepared a draft statement which the plaintiff is currently supplementing with additional facts. However, the Government requires additional time to review plaintiff's proposed facts, and plaintiff will require time to review the statement after the Government has responded to any additional facts proposed by plaintiff. The 23 day enlargement will allow the parties the additional time that they require to confer and collaborate in preparing the Consolidated Statement of Uncontroverted Facts.

For the foregoing reasons, the parties respectfully request that the Court grant an enlargement of time of 23 days, to and including April 20, 2007, for the parties to file their Consolidated Statement of Uncontroverted Facts.

Respectfully submitted,

s/Alex D. Tomaszczuk
Alex D. Tomaszczuk
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
PPL Susquehanna, LLC

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
PILLSBURY WINTHROP
SHAW PITTMAN LLP
2300 N Street, N.W.
Washington D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Sonia M. Orfield
SONIA M. ORFIELD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington D.C. 20530
(202) 353-0534
(202) 307-2503

Attorneys for Defendant

Of Counsel:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

CERTIFICATE OF FILING

I hereby certify that, on this 28th day of March 2007, a copy of the foregoing "Joint Motion for an Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sharon A. Snyder