# In the United States Court of Federal Claims

Case No. 04-0070C
(Filed: March 29, 2007)

****************************************************
PPL SUSQUEHANNA, LLC, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
****************************************************

## ORDER

Defendant's unopposed **Motion for Enlargement of Time** (7 days) until April 11, 2007, to file its reply brief in support of its cross-motion for summary judgment and motion to dismiss is hereby **GRANTED.**

The parties' **Joint Motion for Enlargement of Time** (23 days) until April 20, 2007, for the parties to file the Consolidated Statement of Uncontroverted Facts is hereby **GRANTED.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge