IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PPL SUSQUEHANNA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-70C |
| | ) | (Judge Baskir) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Pursuant to Rule 5.2(b)(2) of the Rules of the United States Court of Federal Claims (“RCFC”), defendant, the United States, respectfully seeks leave of the Court to exceed the 20-page limitation set forth therein in Defendant’s Reply to Plaintiff’s Response To Defendant’s Motion for Summary Judgment Upon Counts I and II of Plaintiff’s Complaint and Motion to Dismiss Count III of Plaintiff’s Complaint. In support of this motion, defendant states as follows.

The Government’s requires additional pages for its reply for three reasons. First, the Government’s reply must respond to plaintiffs opposition to three different motions, each of which raise multiple, complex legal issues. Thus, it could be expected that the Government’s reply would naturally exceed the page limit which rule 5.2(b)(2) allots even for a reply in support of a single motion. This difficulty is compounded by the fact that

the Government is responding to a reply brief that itself exceeded the limitation provided for in the rule. Finally, the Government's reply is made more lengthy by virtue of being printed in the Arial 14-point font, as requested in the Court's Special Procedures Order, rather than the smaller Times New Roman 12-point font typically used by the Government. Thus, based upon number of motions the Government must address, the complexity of the material, the length of plaintiff's brief, and the Court's preference for Arial 14-point font, the Government asks that it be permitted to exceed the page limit.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester. Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Sonia M. Orfield
SONIA M. ORFIELD
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
ATTN: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: 202-353-0534
Fax: 202-514-8624

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

April 11, 2007

CERTIFICATE OF FILING

I hereby certify that on April 11, 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sonia M. Orfield