# In the United States Court of Federal Claims

Case No. 04-0070C
(Filed: April 13, 2007)

| | |
|---|---|
| PPL SUSQUEHANNA, LLC, *Plaintiff,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |

## ORDER

Defendant's **Motion for Leave to Exceed the 20-Page Limit** in its Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment Upon Counts I and II of Plaintiff's Complaint and Motion to Dismiss Count III of Plaintiff's Complaint, filed April 11, 2007, is hereby **GRANTED.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge