**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically filed on April 20, 2007)

| | |
|---|---|
| PPL SUSQUEHANNA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-70C<br>(Judge Baskir) |

**JOINT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6 & 6.1, Plaintiff PPL Susquehanna, LLC ("PPL") and Defendant the United States (the "Government"), respectfully request an enlargement of time of 18 days from April 20, 2007 through May 8, 2007 to file the parties' consolidated statement of uncontroverted facts. This is the second request for an enlargement filed by the parties for this purpose.

The parties continue to work in good faith in preparing the consolidated statement of uncontroverted facts. The Government's recent reply brief necessarily delayed the parties' working on the statement and may require some supplementing. Furthermore, due to the press of other business, counsel for PPL has not been able to focus on finalizing its comments on the consolidated statement of facts. In this regard, counsel

for PPL has been involved in other spent fuel damages trials, which has taken counsel away from PPL's ability to focus on the reply brief. For example, counsel for PPL prepared and participated as counsel for the plaintiff on April 12, 13, 16, 17, and 18 in the continuing trial in *System Fuels, Inc. v. United States*, No. 03-2623C (Lettow, J.). Furthermore, counsel for PPL filed a motion for partial summary judgment on April 11, 2007, filed its memorandum of contentions of fact and law on April 16, 2007, and served its draft exhibit list and draft witness list on April 16, 2007 for the upcoming trial in the partially-consolidated cases of *Boston Edison Co. v. United States*, No. 99-447C (Lettow, J.) and *Entergy Nuclear Generation Co. v. United States*, No. 03-2626C (Lettow, J.).

For the foregoing reasons and good faith shown, the parties respectfully request an enlargement of time of 18 days from April 20, 2007 through May 8, 2007 to file the parties' consolidated statement of uncontroverted facts.

Dated: April 20, 2007

Respectfully submitted,

s/ Alex D. Tomaszczuk
by s/ Daniel S. Herzfeld

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
PPL Susquehanna, LLC

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)

Bryan A. Snapp
**PPL Corporation**
Two North Ninth Street
Allentown, Pennsylvania 18101-1179
(610) 774-4397
(610) 774-6726 (fax)

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr. by s/ Daniel S. Herzfeld
HAROLD D. LESTER, JR.
Assistant Director

s/Sonia M. Orfield by s/ Daniel S. Herzfeld
SONIA M. ORFIELD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington D.C. 20530
Tele: (202) 353-0534
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585