# In the United States Court of Federal Claims

Case No. 04-0070C
(Filed: April 24, 2007)

*****************************************************
PPL SUSQUEHANNA, LLC, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*****************************************************

## ORDER

Parties' **Joint Motion for Enlargement of Time** (18 days) until May 8, 2007, to file its **Consolidated Statement of Uncontroverted Facts** is hereby **GRANTED.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge