**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically filed on May 8, 2007)

| | | |
|---|---|---|
| PPL SUSQUEHANNA, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-70C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**<u>JOINT MOTION FOR ENLARGEMENT OF TIME</u>**

Pursuant to RCFC 6 & 6.1, Plaintiff PPL Susquehanna, LLC ("PPL") and Defendant the United States (the "Government"), respectfully request an enlargement of time of 14 days from May 8, 2007 through May 22, 2007 to file the parties' consolidated statement of uncontroverted facts. This is the third request for an enlargement filed by the parties for this purpose.

The parties continue to work in good faith in preparing the consolidated statement of uncontroverted facts. Due to the lengthy briefing that has unfolded in this case, the consolidated statement of uncontroverted facts has itself become a lengthy document and the parties simply require additional time to finalize it. Because of the press of other business and scheduled leave, counsel for PPL was not able to finalize its

comments on the consolidated statement of facts and provide a revised draft to counsel for the Government until yesterday. Counsel for the Government needs time to review and comment on this latest draft.

Counsel for both parties have also been involved in other spent fuel damages trials, which have taken counsel away from their ability to focus on the consolidated statement of uncontroverted facts. Counsel for both parties are actively preparing for trial in June 2007 in *Boston Edison Co. v. United States*, No. 99-447C (Lettow, J.) and *Entergy Nuclear Generation Co. v. United States*, No. 03-2626C (Lettow, J.) and finalized and filed their witness and exhibit lists on April 30, 2007. Throughout last week, counsel for the parties compiled and exchanged materials and participated in the meeting of counsel for the parties to those cases. Conferences with Judge Lettow are now scheduled in that case on May 15, 2007 (by phone) and on May 29, 2007 (in person).

Additionally, Counsel for PPL is in the process of preparing its post-trial reply brief (due on May 18, 2007) in *System Fuels, Inc. v. United States*, No. 03-2624C (Braden, J.). Counsel for PPL is also in the process of preparing its post-trial brief in *System Fuels, Inc. v. United States*, No. 03-2623C (Lettow, J.), which is due on May 25, 2007. Finally, on May 14,



400568576v1

2007, counsel for PPL will be filing a brief on behalf of appellant in *Nebraska Public Power District v. United States*, No. 2007-5083 (Fed. Cir.). In addition to prepping for trial in *Boston Edison*, counsel for Defendant is participating in discovery in *Energy Northwest v. United States*, No. 04-10C (Damich, C.J.) throughout the month of May.

For the foregoing reasons and good faith shown, the parties respectfully request an enlargement of time of 14 days from May 8, 2007 through May 22, 2007 to file the parties' consolidated statement of uncontroverted facts.

Dated: May 8, 2007

Respectfully submitted,

s/ Alex D. Tomaszczuk
by s/ Daniel S. Herzfeld

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
PPL Susquehanna, LLC

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)

Bryan A. Snapp
**PPL Corporation**
Two North Ninth Street
Allentown, Pennsylvania 18101-1179
(610) 774-4397
(610) 774-6726 (fax)

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr. by s/ Daniel S. Herzfeld
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

s/Sonia M. Orfield by s/ Daniel S. Herzfeld
SONIA M. ORFIELD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington D.C. 20530
Tele: (202) 353-0534
Fax: (202) 307-2503

Attorneys for Defendant