# In the United States Court of Federal Claims

Case No. 04-0070C
(Filed: May 10, 2007)

| | |
|---|---|
| PPL SUSQUEHANNA, LLC, *Plaintiff,* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |

## ORDER

The parties' third **Joint Motion for Enlargement of Time** (14 days, for a total of 55 days) **until May 22, 2007**, to file the **Consolidated Statement of Uncontroverted Facts is hereby GRANTED.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge