**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically filed on May 22, 2007)

| | | |
|---|---|---|
| PPL SUSQUEHANNA, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-70C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6 & 6.1, Plaintiff, PPL Susquehanna, LLC ("PPL") and defendant, the United States (the "Government"), respectfully request an enlargement of time of seven days, to and including May 29, 2007, within which to file the parties' consolidated statement of uncontroverted facts. The parties' consolidated statement is currently due on May 22, 2007. This is the fourth request for an enlargement filed by the parties for this purpose.

The parties continue to work in good faith in preparing the consolidated statement of uncontroverted facts, but require additional time for the following reasons. The Government initially submitted a draft consolidated statement of uncontroverted facts to PPL on March 23, 2007.

Because of the press of other business, PPL was first able to provide the Government with a revised draft on May 7, 2007. However, PPL indicated at that time that its revisions were still undergoing internal review. Thus, PPL was not able to provide the Government with a document that it considered final until mid-day on May 8, 2007. As the revised document has become extremely lengthly, the Government sought a two-week enlargement of time to respond to the revised draft.

In the last two weeks, however, the Government has not been able to complete its revisions to the document for several reasons. Initially, undersigned counsel for the Government with lead responsibility for this matter was delayed in drafting a response, first due to the fact that she was unexpectedly required to be out of the office for a family medical emergency for a few days. In addition, she was not able to draft a response as quickly as she had hoped because she is currently preparing for trial in *Boston Edison Co. v. United States*, No. 99-447C (Lettow, J.). The Government's response has been further delayed by the fact that Government counsel with supervisory responsibility has been absorbed in preparing an appellate brief in another spent nuclear fuel matter, *Sacramento Municipal Utility District v. United States*, No. 2007-5052 (Fed.

Cir.), which is due for filing today. Once the Government has finalized its response, PPL will require additional time to review the Government's changes.

For the foregoing reasons and good faith shown, the parties respectfully request an enlargement of time of seven days, through May 29, 2007, to file the parties' consolidated statement of uncontroverted facts.

Dated: May 22, 2007

Respectfully submitted,

s/ Alex D. Tomaszczuk
by s/ Sonia M. Orfield

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
PPL Susquehanna, LLC

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)

Bryan A. Snapp
**PPL Corporation**
Two North Ninth Street
Allentown, Pennsylvania 18101-1179
(610) 774-4397
(610) 774-6726 (fax)

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Sonia M. Orfield
SONIA M. ORFIELD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington D.C. 20530
Tele: (202) 353-0534
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

CERTIFICATE OF FILING

I hereby certify that, on this 22th day of May 2007, a copy of the foregoing "Joint Motion for an Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sonia M. Orfield