# In the United States Court of Federal Claims

Case No. 04-0070C
(Filed: May 23, 2007)

****************************************************
PPL SUSQUEHANNA, LLC, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
****************************************************

## ORDER

The parties' **Joint Motion for Enlargement of Time** (7 days, for a total of 62 days) **until May 29, 2007**, to file the **Consolidated Statement of Uncontroverted Facts is hereby GRANTED.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge