**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically filed on May 29, 2007)

| | | |
|---|---|---|
| PPL SUSQUEHANNA, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-70C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## JOINT MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6 & 6.1, Plaintiff, PPL Susquehanna, LLC ("PPL") and defendant, the United States (the "Government"), respectfully request an enlargement of time of seven days, to and including June 5, 2007, within which to file the parties' consolidated statement of uncontroverted facts. The parties' consolidated statement is currently due on May 29, 2007. This is the fifth request for an enlargement filed by the parties for this purpose.

The parties continue to work in good faith in preparing the consolidated statement of uncontroverted facts, but require additional time for the following reasons. On May 22, 2007, the Government sought an enlargement in order to allow time for the supervisory attorney with

responsibility for the case to review the document. The Government had hoped to return the document to PPL at the end of last week in order to assure that the parties would be able to file the document today. Unfortunately, because of other case demands and because the supervisory attorney with responsibility for the case fell ill, he was not able to review the document as soon as he had hoped. As a result, the Government was not able to provide a revised draft document to PPL until today. Thus, the parties require additional time for PPL to review the Government's changes and for the parties to come to an agreement that the document is final.

For the foregoing reasons and good faith shown, the parties respectfully request an enlargement of time of seven days, through June 5, 2007, to file the parties' consolidated statement of uncontroverted facts.

Dated: May 29, 2007

Respectfully submitted,

s/ Alex D. Tomaszczuk
by s/ Sonia M. Orfield

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)

McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
PPL Susquehanna, LLC

Bryan A. Snapp
**PPL Corporation**
Two North Ninth Street
Allentown, Pennsylvania 18101-1179
(610) 774-4397
(610) 774-6726 (fax)

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Sonia M. Orfield
SONIA M. ORFIELD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington D.C. 20530
Tele: (202) 353-0534
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

## CERTIFICATE OF FILING

I hereby certify that, on this 29th day of May 2007, a copy of the foregoing "Joint Motion for an Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sonia M. Orfield