**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically filed on July 13, 2007)

| | | |
|---|---|---|
| PPL SUSQUEHANNA, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-70C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's March 12, 2007 order, Plaintiff and Defendant jointly file a report regarding the status of *Nebraska Public Power District v. United States*, No. 2007-5083 (Fed. Cir.). As noted in the parties May 15, 2007 joint status report, the plaintiff-appellant Nebraska Public Power District filed its initial brief on May 14, 2007 in that interlocutory appeal before the U.S. Court of Appeals for the Federal Circuit. The defendant-appellee United States requested and received an enlargement of time until July 26, 2007 to file its initial brief. The parties shall provide an additional report in 60 days regarding this case pursuant to the Court's March 12, 2007 order.

Dated: July 13, 2007

Respectfully submitted,

s/ Alex D. Tomaszczuk
by s/ Daniel S. Herzfeld

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
PPL Susquehanna, LLC

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)

Bryan A. Snapp
**PPL Corporation**
Two North Ninth Street
Allentown, Pennsylvania 18101-1179
(610) 774-4397
(610) 774-6726 (fax)

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr. by s/ Daniel S. Herzfeld
HAROLD D. LESTER, JR.
Assistant Director

s/Sonia M. Orfield by s/ Daniel S. Herzfeld
SONIA M. ORFIELD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington D.C. 20530
Tele: (202) 353-0534
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585