**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically filed on May 13, 2008)

| | | |
|---|---|---|
| PPL SUSQUEHANNA, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-70C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to this Court's March 12, 2007 order, Plaintiff and Defendant jointly file a report regarding the status of *Nebraska Public Power District v. United States*, No. 2007-5083 (Fed. Cir.). There has been no change since the parties' March 14, 2008 status report. The case remains submitted but no decision has issued. The parties shall provide an additional report in 60 days regarding this case pursuant to the Court's March 12, 2007 order.

Dated: May 13, 2008

Respectfully submitted,

s/ Alex D. Tomaszczuk
by s/ Daniel S. Herzfeld

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
PPL Susquehanna, LLC

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)

Bryan A. Snapp
**PPL Corporation**
Two North Ninth Street
Allentown, Pennsylvania 18101-1179
(610) 774-4397
(610) 774-6726 (fax)

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr. by s/ Daniel S. Herzfeld
HAROLD D. LESTER, JR.
Assistant Director

s/Sonia M. Orfield
by s/ Daniel S. Herzfeld
SONIA M. ORFIELD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington D.C. 20530
Tele: (202) 353-0534
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585